**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER ROAD HOTEL PARTNERS, LLC, | ) | Case No. 09B30029 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |

**APPEARANCE & REQUEST FOR
<u>NOTICE AND SERVICE OF COURT PAPERS</u>**

  John S. Mrowiec and Erik R. Nelson of Conway & Mrowiec hereby enter their appearances on behalf of Crane Construction Company, LLC., Creditor, in the above-captioned matter and request that all notices, pleadings, orders, motions and other court papers be delivered to the following:

        John S. Mrowiec jsm@cmcontractors.com
        Erik R. Nelson ern@cmcontractors.com
        Conway & Mrowiec
        20 South Clark Street
        Suite 1000
        Chicago, Illinois 60603
        (312) 658-1100
        Fax: (312) 658-1201.

  John S. Mrowiec is lead counsel and member of the Northern District of Illinois Trial Bar.

Dated: August 18, 2009

                  /s/ John S. Mrowiec
                  John S. Mrowiec

                  /s/ Erik R. Nelson
                  Erik R. Nelson

John S. Mrowiec
Erik R. Nelson
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, Illinois 60603
(312) 658-1100
Fax: (312) 658-1201
*Attorneys for Creditor, Crane Construction Company, LLC*

## CERTIFICATE OF SERVICE

      I, John S. Mrowiec, an attorney, certify that I caused an authentic photocopy of the foregoing Appearance and Request for Notice and Service of Court Papers to be served on the parties on the attached Service List via ECF on August 18, 2009.

                                              /s/ John S. Mrowiec

## SERVICE LIST

Brian A. Audette
David M. Neff
Perkins Coie LLP
131 South Dearborn
Suite 1700
Chicago, Illinois 60603
baudette@perkinscoie.com
dneff@perkinscoie.com
*Attorneys for Debtor*

William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604
*U.S. Trustee*