IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RIVER ROAD HOTEL PARTNERS, | ) | CASE NO. 09 B 30029 |
| LLC, *et al*, | ) | (JOINTLY ADMINISTERED) |
| | ) | |
| DEBTORS. | ) | HON. BRUCE W. BLACK |

**NOTICE OF APPOINTMENT OF COMMITTEE
OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who are willing to serve, hereby are appointed as the creditors' committee in these jointly administered cases:

| **CREDITOR** | **REPRESENTATIVE(S)** |
|---|---|
| Audio Visual Services Group, Inc.<br>d/b/a PSAV Presentation Services<br>1700 E. Golf Road<br>Schaumburg, IL 60173 | Shawn Heming |
| System Parking, Inc.<br>111 East Wacker, Ste. 1407<br>Chicago, IL 60601 | Todd Tucker |
| Baltic Linen Company, Inc.<br>1999 Marcus Ave., Suite 300<br>Lake Success, NY 11042 | Lori Vaccariello &<br>Edward Hoskinson |
| Minibar North America, Inc.<br>7340 Westmore Road<br>Rockville, MD 20850 | Patrick Galgano |
| United Maintenance Company<br>1550 S. Indiana Ave., Ste. 300<br>Chicago, IL 60605 | Linda Wolf |

RESPECTFULLY SUBMITTED,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

Dated: August 27, 2009           By: /S/ Stephen G. Wolfe
                                    Stephen G. Wolfe, Esq.
                                    Attorney for the Trustee