APPEARANCE

United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re River Road Hotel Partners, LLC, et al.   )
                                                 )   Case No.   09-30029
Debtor(s)                                        )              (Jointly Administered)
                                                 )
                                                 )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

EREF Mezzanine Fund, LLC, a Delaware limited liability company

| William Choslovsky | Neal, Gerber & Eisenberg LLP |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ William Choslovsky | FIRM ID NUMBER: |
| Signature | Two North LaSalle Street, Suite 1700 |
| ATTORNEY ID NUMBER   06224664 | Street Address |
| | Chicago     IL     60602 |
| | City     State     Zip |
| | Telephone   (312) 269-8000 |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: August 31, 2009

TYPE OF DEFENSE COUNSEL:

CJA _____, RETAINED _____, SELF _____, NONE OTHER _____, PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____    D _____    TP _____

Revised 06/08rj