B6A (Official Form 6A) (12/07)

In re   **River Road Hotel Partners, LLC**                                ,   Case No.   **09-30029**
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Property commonly known as:** **InterContinental Chicago O'Hare** **5300 N. River Road** **Rosemont, Illinois** **PIN: 12-10-100-121-0000, 12-10-100-122-0000** | **Fee simple title** | - | **Unknown** | **Unknown** |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **River Road Hotel Partners, LLC**                                                     Case No.   **09-30029**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **The Private Bank & Trust Company Business Checking Account #xxx0233 Note - Balance as of August 17, 2009** | - | 254,402.83 |
| | | **The Private Bank & Trust Company Investment Account #xxx4036** | - | 0.00 |
| | | **The Private Bank & Trust Company Accounts Payable Account #xxx8061 Note - Account Closed** | - | 0.00 |
| | | **The Private Bank & Trust Company Accounts Payable Account #xxx4707** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Utility deposits** | - | 10,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various artwork** | - | Unknown |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >       264,902.83
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **River Road Hotel Partners, LLC**                          Case No.  **09-30029**
_____,                    _____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Business operation of hotel** | - | 2,061,810.52 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >            **2,061,810.52**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **River Road Hotel Partners, LLC**                                Case No. ___**09-30029**___
_____,
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **IHG Franchise Agreement** | - | **Unknown** |
| | | **Music Broadcasting License with ASCAP, 2675 Paces Ferry Rd., Suite 350, Atlanta, GA 30339** | - | **Unknown** |
| | | **Music Broadcasting License with BMI, 10 Music Square East, Nashville, TN 37203** | - | **Unknown** |
| | | **Minibar Services and License Agreement, 7340 Westmore Rd., Rockville, MD 20850** | - | **Unknown** |
| | | **Music Broadcasting License with SESAC, 55 Music Square East, Nashville, TN 37203** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Multiple reports containing personally identifiable customer and guest information** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Guest room furnishings, office furniture and equipment, and common area furnishings in hotel** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Public area office fixtures/machines, linen, china, glass, silver on hotel property** | - | **Unknown** |
| 30. Inventory. | | **Food, beverage, minibar inventories, all located on hotel property as of August 1, 2009** | - | **134,552.41** |
| 31. Animals. | X | | | |

Sub-Total >   **134,552.41**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **River Road Hotel Partners, LLC**                                    Case No. ____**09-30029**____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 2,461,265.76 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **River Road Hotel Partners, LLC**                              ,   Case No. _____**09-30029**_____
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | **Mortgage** | | | | | |
| **Amalgamated Bank, as Trustee** **1825 K Street, NW** **Washington, DC 20006** | - | | | | **12-10-100-121 (Hotel Lot 1)** **12-10-100-122 (Hotel Lot 2)** | | | X | | |
| | | | | | Value $            **Unknown** | | | | 140,355,081.64 | Unknown |
| Account No. | | | | | **Mechanic's Lien** | | | | | |
| **American Bldg Svcs LLC** **d/b/a M-D Building Material** **953 Seton Court** **Wheeling, IL 60090** | - | | | | **12-10-100-121 (Hotel Lot 1)** **12-10-100-122 (Hotel Lot 2)** | | | X | | |
| | | | | | Value $            **Unknown** | | | | 157,356.00 | Unknown |
| Account No. | | | | | **Mechanic's Lien** | | | | | |
| **Anderson/Miller, Ltd.** **329 W. 18th Street** **Chicago, IL 60616** | - | | | | | | | X | | |
| | | | | | Value $            **Unknown** | | | | 24,982.79 | Unknown |
| Account No. | | | | | **Mechanic's Lien** | | | | | |
| **Architectural Sealants Inc.** **342 N. LaGrange Rd.** **Frankfort, IL 60423** | - | | | | **12-10-100-121 (Hotel Lot 1)** **12-10-100-122 (Hotel Lot 2)** | | | X | | |
| | | | | | Value $            **Unknown** | | | | 3,643.00 | Unknown |
| **4**    continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 140,541,063.43 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **River Road Hotel Partners, LLC**
_____, Case No. ____**09-30029**____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mechanic's Lien | | | | | |
| **Audio Visual Services Group, Inc. d/b/a PSAV Presentation 111 W. Ocean Blvd., Suite 1110 Long Beach, CA 90802** | - | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | Value $          **Unknown** | | | | 271,000.00 | **Unknown** |
| Account No. | | | Subcontractor Lien | | | | | |
| **Automatic Building Controls, Inc. 3315 Algonquin Road Suite 550 Rolling Medows, IL 60008** | - | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | Value $          **Unknown** | | | | 16,594.00 | **Unknown** |
| Account No. | | | Mechanic's Lien | | | | | |
| **Brookwood Builders, Inc. 801 Circle Avenue Forest Park, IL 60130** | - | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | Value $          **Unknown** | | | | 124,935.60 | **Unknown** |
| Account No. | | | Mechanic's Lien | | | | | |
| **Brookwood Builders, Inc. 801 Circle Avenue Forest Park, IL 60130** | - | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | Value $          **Unknown** | | | | 39,113.00 | **Unknown** |
| Account No. | | | Mechanic's Lien | | | | | |
| **Carlyn Electrical Construction Inc. 625 Touhy Avenue Elk Grove Village, IL 60007** | - | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | Value $          **Unknown** | | | | 121,279.00 | **Unknown** |

Sheet _1_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 572,921.60 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **River Road Hotel Partners, LLC**                        Case No.____**09-30029**_____
_____,
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Mechanic's Lien | | | | | |
| **Circle Flooring** 1010 Hastings Street Park Ridge, IL 60068 | - | | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | | Value $          **Unknown** | | | | 132,252.20 | **Unknown** |
| Account No. | | | | Notice of Subcontractor Lien | | | | | |
| **Continental Electric Construction** Attn: Accounting 5900 W. Howard Street Skokie, IL 60077 | - | | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | | Value $          **Unknown** | | | | 686,683.00 | **Unknown** |
| Account No. | | | | Taxes | | | | | |
| **Cook County Tax Commissioner** 118 N. Clark Street, Room 601 Chicago, IL 60602 | - | | | | | | | | |
| | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | Mechanic's Lien | | | | | |
| **Crane Construction Company** 343 Wainwright Avenue Northbrook, IL 60062 | - | | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | | Value $          **Unknown** | | | | 971,583.45 | **Unknown** |
| Account No. | | | | Mechanic's Lien | | | | | |
| **F. E. Moran, Inc.** 2265 Carlson Drive Northbrook, IL 60062 | - | | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | | Value $          **Unknown** | | | | 146,526.00 | **Unknown** |

Sheet __**2**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **1,937,044.65**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **River Road Hotel Partners, LLC** _____,    Case No._____**09-30029**_____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | | Mechanic's Lien | | | | | |
| Hudec Woodworking Co. 148 N. Ivanhoe Court Griffith, IN 46319 | - | | | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | | | Value $         **Unknown** | | | | 200,126.17 | **Unknown** |
| Account No. | | | | | Subcontractor Lien | | | | | |
| International Decorators, Inc. 1225 Karl Court Wauconda, IL 60084 | - | | | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | | | Value $         **Unknown** | | | | 57,494.50 | **Unknown** |
| Account No. | | | | | Subcontractor Lien | | | | | |
| International Marble/Stone City Kit 2950 W. Grand Ave. Chicago, IL 60622-4308 | - | | | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | | | Value $         **Unknown** | | | | 11,675.40 | **Unknown** |
| Account No. | | | | | Mechanic's Lien | | | | | |
| JDF Distribution Solutions, Inc. 450 Airline Drive Coppell, TX 75019-4607 | - | | | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | | | Value $         **Unknown** | | | | 1,065,191.64 | **Unknown** |
| Account No. | | | | | Mechanic's Lien | | | | | |
| United States Fire Protection, Inc. 28427 North Ballard Unit H Lake Forest, IL 60045-4542 | - | | | | 12-10-100-121 (Hotel Lot 1) 12-10-100-122 (Hotel Lot 2) | | | X | | |
| | | | | | Value $         **Unknown** | | | | 1,963.00 | **Unknown** |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,336,450.71 | 0.00 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **River Road Hotel Partners, LLC**                                        Case No.____**09-30029**_____

_____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | Mechanic's Lien | | | | | |
| **VOA Associates** **224 S. Michigan Ave., Suite 1400** **Chicago, IL 60604** | - | | | | **12-10-100-121 (Hotel Lot 1)** **12-10-100-122 (Hotel Lot 2)** | | | X | | |
| | | | | | Value $           **Unknown** | | | | 64,108.00 | Unknown |
| Account No. | | | | | Mechanic's Lien | | | | | |
| **Walsh Construction Company** **c/o W. Connelly, Hinshaw Culbertson** **222 N. LaSalle Street, Suite 300** **Chicago, IL 60601** | - | | | | **12-10-100-121 (Hotel Lot 1)** **12-10-100-122 (Hotel Lot 2)** | | | X | | |
| | | | | | Value $           **Unknown** | | | | 2,412,688.00 | Unknown |
| Account No. | | | | | Mechanic's Lien | | | | | |
| **Warren F. Thomas Plumbing** **c/o Wm. Lyman, Lyman & Nielsen LLC** **1301 W. 22nd Street, Suite 914** **Oak Brook, IL 60523** | - | | | | **12-10-100-121 (Hotel Lot 1)** **12-10-100-122 (Hotel Lot 2)** | | | X | | |
| | | | | | Value $           **Unknown** | | | | 83,340.00 | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **4**___ of **4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,560,136.00 | 0.00 |
| Total (Report on Summary of Schedules) | 146,947,616.39 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **River Road Hotel Partners, LLC**                                  Case No.____**09-30029**____
                                                                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **River Road Hotel Partners, LLC**                                    Case No.   **09-30029**
                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Guest and Customer Deposits** | - | | | | | | 1,268,721.44 | Unknown / Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 1,268,721.44 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **River Road Hotel Partners, LLC**                                            Case No.    **09-30029**
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | Unknown |
| **Dept. of Treasury - IRS** **Centralized Insolvency Operations** **PO Box 21126** **Philadelphia, PA 19114** | - | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | Unknown |
| **IL Atty General, Rev. Lit. Bureau** **Attn: James Newbold** **100 W. Randolph St., 13th Fl.** **Chicago, IL 60601** | - | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | Unknown |
| **IL Atty General, Unemployment Ins.** **Bureau, Attn: Michael Prousis** **33 S. State Street, Suite 992** **Chicago, IL 60603** | - | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | Unknown |
| **Illinois Department of Revenue** **Bankruptcy Section, Level 7-425** **100 W. Randolph Street** **Chicago, IL 60601** | - | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 0.00 | 0.00 |
| Total | | 0.00 |
| (Report on Summary of Schedules) | 1,268,721.44 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **River Road Hotel Partners, LLC**                                    Case No. ___**09-30029**_____
                                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **See Attachment G** | **The Debtor is a party to approximately 200 agreements with guests and/or customers for future room reservations and/or events.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**IN RE: RIVER ROAD HOTEL PARTNERS, LLC - Case No. 09-30029**

**SCHEDULE G - ATTACHMENT**

| Party | Mailing Address | Description |
|---|---|---|
| ACC Business | 400 West Avenue, Rochester, NY 14611 | Guest DS3 internet line |
| ADT Security Services. Inc | 2250 W Pinehurst Blvd. Suite 100 Addison, IL. 60101 | Alarm monitoring contract |
| Allied Waste services | PO Box 9001154 Louisville, Kentucky 40290 | Recycle Pickup Agreement Parking software & Hardware support Agreement |
| Amano McGann | 651 Taft Street NE, Minneapolis, MN  55413 |  |
| Anderson Pest | 501 West Lake Street, Suite 204, Elmhurst, IL 60126 | Pest Control Agreement started 09/01/09 |
| Annoyance Production Ltd | 4830 N Broadway Chicago IL 60640 | Comedy Act Agreement |
| ASCAP | 2675 Paces Ferry Road, SE, Suite 350, Atlanta, GA 30339 | Music Broadcasting License |
| AT&T POTS | PO Box 8100 Aurora IL  60507 | Pots lines in hotel |
| AVENDRA | 5600 N River Road Suite 800 Rosemont IL 60018 | Purchasing company agreement |
| Big Creek | 4802 N. Broadway, Chicago, IL. 60640 | Montrose room promotions contract |
| Birchstreet | 3737 Birchstreet Suite 250 Newport Beach CA 92660 | Purchasing System Support Agreement |
| BMI | 10 Music Square East, Nashville, TN 37203 | Music Broadcasting License |
| Brides.Com | PO Box 5350, NY,NY 10087 | Advertising Contract - Print |
| Brides.Com | PO Box 5350, NY,NY 10087 | Advertising Contract - Internet |
| Bulk TV | 110 Horizon Drive Suite 100 Raleigh NC 27615 | FTG Direct TV agreement |
| Centerpoint Energy | 3010 Highland Parkway, Suite 525 Downers Grove, IL 60515 | Gas Supply Agreement |

| Party | Mailing Address | Description |
|---|---|---|
| CHIC | 676 North Michigan Ave Chicago IL 60611 | Asset Management Contract |
| Chicago Office Technology | PO BOX 5940 Lockbox 20-COE 001 Carol Stream IL 60197 | Copier / Printer Support agreement |
| Chicago Office Technology | PO BOX 5940 Lockbox 20-COE 001 Carol Stream IL 60197 | Copier / Printer Support agreement |
| Chicago Style Weddings | 1008 Bonaventure Drive, Elk Grove Village, IL 60007 | Advertising Contract |
| Chicagoland Beverage company | 2056 W. Walnut St. Chicago, IL. 60612 | Coffee machine agreement |
| Cintas | 5600 W 73rd Street, Chicago, IL. 60638 | Uniform Room operating agreement |
| Cintas | 5600 W 73rd Street, Chicago, IL. 60638 | Uniform Rental agreement |
| CIT | PO Box 1638, Livingston, NJ 07039 | Copier Lease |
| Comedy Sportz of Chicago | 929 W Belmont 2nd floor Chicago IL 60657 | Comedy Act Agreement |
| Constellation New Energy, Inc | 1221 Lamar Street Suite 750, Houston, Texas 77010 | Electric Supply Agreement |
| Crown Global Investments., Inc | 509 Morning Way, Suite B, Suwanee, GA 30024 | Gift Shop Lease |
| Crown Global Investments., Inc | 509 Morning Way, Suite B, Suwanee, GA 30024 | ATM Agreement |
| CVENT | 8180 Greensboro Drive Suite 450 McLean VA 22102 | Sales Marketing Package |
| Danziger Kosher Catering | 3910 West Devon Ave, Lincolnwood, IL | Catering agreement |
| Davis Armored Car | 33 West Higgins road, Suite 710 South Barrington, IL 60010 | Armored car service agreement started 09/01/09 |
| Dunbar | PO Box 64115, Baltimore Md. 21264 | Armored car service agreement. Exp 08/31/09 |
| Ecolab Pest | PO Box 6007 Grand Forks, ND 58206 | Pest Control Agreement Exp. 08/31/09 |
| Editions Limited Gallery | 838 E 65th Street, Indianapolis IN 46220 | Art Procurement Agreement |

2

16942728v1

| Party | Mailing Address | Description |
|---|---|---|
| Five Star Hotel Laundry | 1060 W Division Chicago IL 60642 | Laundry Room operating agreement |
| Go Concierge | 11828 LaGrange Ave. Los Angeles CA 90025 | Concierge system support agreement |
| Great Lakes Service, Inc | 972 N Dupage Ave. Lombard, IL 60148 | Kitchen Equipment service agreement |
| Great Lakes Service, Inc | 972 N Dupage Ave. Lombard, IL 60148 | Kitchen Equipment preventative maintenance agreement |
| Hinton & Grusich | One East Wacker Drive Suite 2600 Chicago IL 60601 | 3rd party lead generator |
| Homisco Call Acctg | 99 Washington Street Melrose MA 02176 | Call Accounting Support Agreement |
| Hospitality Staffing Solutions | 1640 Powers Ferry Road, Building 3, Suite200 Marietta Ga. 30067 | 3rd party staffing agreement - Kitchen cooks |
| Hot SOS | 9941 West Jessamine St Miami FL 33157 | Guest support system Agreement |
| Hotel Internet service | 28348 Roadside Drive Suite 102A Agoura Hills CA 91301 | Guest Internet provider |
| Intercontinental Hotels & Resorts | 3 Ravinia Dr., Suite 100, Atlanta, GA 30346 | Franchise agreement |
| Invotech System, Inc | 16530 Ventura Boulevard, Suite 603, Encino CA 91436 | Uniform Room System Support Agreement |
| Kinoca Minolta Business Solutions | 100 Williams Drive, Ramsey NJ 07446 | Copier Lease |
| Krisam Group | 2501 M Street, Suite 515, Washington DC 20037 | 3rd party lead generator |
| Meeting Matrix | 195 New Hampshire Ave. Suite 255 Portsmouth NH 03801 | Meeting Room diagram System Support Agreement |
| Micros - Opera | Three Ravinia Drive Suite 100 Atlanta GA 30346 | PMS System Support Agreement |
| Micros - POS | 7031 Columbia Gateway Drive, Columbia, MD 21046 | POS System Support Agreement |
| Minibar N.A. | 7340 Westmore Rd. Rockville, MD.  20850 | Minibar support Agreement |

16942728v1

| Party | Mailing Address | Description |
|---|---|---|
| Modern Luxury Media CS Brides | 1008 Bonaventure Drive, Elk Grove Village, IL 60007 | Advertising Contract |
| NEOPOST | 30955 Huntwood Avenue Hayward, CA 94544 | Postage Machine lease |
| New Look Landscaping | 2432 Oak Street Franklin Park IL 60131 | Landscaping agreement |
| | | Sales System Support |
| Newmarket | 135 Commerce Way Portsmouth NH 03801 | Agreement |
| Paetec | 600 Willowbrook Office Park Fairport NY 14450 | Admin T1 |
| Paetec | 600 Willowbrook Office Park Fairport NY 14450 | PRI Line |
| Portfolio Hotels | 1110 Jorie Blvd. Oak Brook, IL 60523 | Management contract |
| Presentation Services | 1700 East Golf Road. Suite 400   Schaumburg, IL 60173 | Audiovisual agreement |
| Proposal Path (Blue buzzard) | 820 N Dunton Ave Arlington Heights IL 60004 | Sales Proposal software |
| RKC Cleaner Corp | 4071 S Route 59, Naperville IL 60564 | Dry cleaning agreement |
| | | Sales Reporting - |
| Rubicon Group | 101 Marietta St Suite 3525 Atlanta GA 30303 | Marketvision report |
| SESAC | 55 Music Square East Nashville TN 37203 | Music Broadcasting License |
| Shoshine Boy Productions, Inc. | PO Box 147017 Chicago IL 60614 | Live Music provider |
| | | Fire Alarm testing |
| Siemens | 7850 Collections Center Drive Chicago IL 60693 | agreement |
| Simply Venues | 358 West Army Trail #140-247 Bloomindale IL. 60108 | Catering agreement |
| | | Nextel/Cell Phone |
| Sprint | PO Box 4181  Carol Stream IL 60197 | agreement |
| StarCite | PO Box 673820 Detroit Michigan 48267 | Sales Marketing Package |
| | | Movie System Support |
| Suitelinq | 118 Pickering Way, Suite 101 Exton PA 19341 | Agreement |
| SYSIX Financial | 3025 Highland Parkway Suite 825 Downers Grove IL 60515 | Copier Lease |
| | | Garage management |
| System Parking | 111 E Wacker Drive Suite 1407 Chicago, IL. 60601 | agreement |
| TCF FINANCIAL(IBS) | 11100 Wayzata Blvd Suite 801 Minnetonka MN 55305 | Shuttle Bus Lease |
| Telecheck Services, Inc. | PO Box 4514 Houston TX 77210 | Telecheck Machine Lease |
| The Knowland Group | 600Beam St Salisbury MD 21801 | 3rd party lead generator |

16942728v1

| Party | Mailing Address | Description |
|---|---|---|
| Thermodyne | 2283 Carlson Drive Northbrook IL 60062 | Mechanical support contract |
| ThyssenKrupp Elevator | 2305 Enterprise Drive Westchester IL 60154 | Elevator Support Agreement |
| Ticket Master | 550 West Van Buren 13th Fl, Chicago, IL. 60607 | Ticket Sales Agreement |
| TIG Global, LLC | 14851 Collections Center Drive Chicago IL 60693 | Website Advertising & Maintenance agreement |
| TNCI | 2 Charlesgate West Floor 6 Boston MA 02215 | PRI Line |
| TNCI | 2 Charlesgate West Floor 6 Boston MA 02215 | Backup T1 line |
| Travel Click | 300 N Martingale Suite 500 Schaumburg IL 60173 | Sales agreement - Sabre Spotlight |
| Travel Click | 300 N Martingale Suite 500 Schaumburg IL 60173 | Sales Reporting agreement - Hoteligence |
| United Maintenance | Dept 10164 PO Box 87618 Chicago IL 60680 | 3rd party staffing agreement - Overnight Cleaning |
| United Maintenance | Dept 10164 PO Box 87618 Chicago IL 60680 | 3rd party staffing agreement - Shuttle Drivers |
| United Security | Dept 10164 PO Box 87618 Chicago IL 60680 | 3rd party staffing agreement - Security |
| Walsh Landscape | 1050 W Lily Cache Lane Bolingbrook, IL 60440 | Landscaping agreement |
| Waste Management | 1021 E Green Street Franklin Park IL 60126 | Waste Pickup Agreement |
| Wells Fargo (Tamco) | PO Box 6434 Carol Stream IL 60197 | Phone Equipment Lease |
| ZapWater | 1165 N Clark St #313 Chicago, IL 60610 | Public Relations Contract |

5

B6H (Official Form 6H) (12/07)

In re   **River Road Hotel Partners, LLC**                                        Case No.   **09-30029**
                                         Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Peter G. Dumon (Limited Guarantor)<br>555 North Garfield Avenue<br>Hinsdale, Illinois  60521 | Amalgamated Bank, as Trustee of the Longview Ultra I Construction Loan Investment Fund, in its capacity as administrative agent for itself and San Diego National Bank, a national banking association<br>1825 K Street NW<br>Washington, DC  20006 |
| Michael D. Firsel (Limited Guarantor)<br>1044 South Sanctuary Court<br>Vernon Hills, Illinois  60061 | Amalgamated Bank, as Trustee of the Longview Ultra I Construction Loan Investment Fund, in its capacity as administrative agent for itself and San Diego National Bank, a national banking association<br>1825 K Street NW<br>Washington, DC  20006 |
| David P. Bossy (Limited Guarantor)<br>936 Taft Road<br>Hinsdale, Illinois  60523 | Amalgamated Bank, as Trustee of the Longview Ultra I Construction Loan Investment Fund, in its capacity as administrative agent for itself and San Diego National Bank, a national banking association<br>1825 K Street NW<br>Washington, DC  20006 |

Sheet 1 of 1 total sheets in Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **River Road Hotel Partners, LLC**

Debtor(s)

Case No. **09-30029**

Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager, Mid America Corporate Management, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 16, 2009**

Signature   **/s/ Peter G. Dumon**

**Peter G. Dumon**
**Manager, Mid America Corporate Management, LLC**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.