## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 09 B 30029 |
| RIVER ROAD HOTEL PARTNERS, LLC, et al., | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | |
| | ) | |

### NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **February 22, 2012 at 10:30 a.m.,** or as soon thereafter as counsel may be heard, we will appear before the Honorable Bruce W. Black, or any judge sitting in his stead, in Room 719 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **Application of Reed Smith LLP for Allowance of Final Compensation and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors**, at which time you may appear as you see fit.

Dated: January 13, 2012

**OFFICIAL COMMITTEE OF
UNSECURED CREDITORS**


By:___ /s/Stephen T. Bobo_____

Stephen T. Bobo
Ann E. Pille
Reed Smith LLP
10 S. Wacker Drive, 40th Flr.
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
sbobo@reedsmith.com
apille@reedsmith.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No. 09 B 30029 |
| | Chapter 11 |
| RIVER ROAD HOTEL PARTNERS, LLC et al. | |
| | Jointly Administered |
| Debtors. | |
| | Honorable Bruce W. Black |

**APPLICATION OF REED SMITH LLP FOR ALLOWANCE OF FINAL**
**COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Reed Smith LLP ("Reed Smith") submits its Application for Allowance of Final Compensation and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of River Road Hotel Partners, LLC and its debtor affiliates (the "Committee") for the period beginning September 1, 2011 through and including November 23, 2011 (the "Fee Period") pursuant to Sections 330 of the Bankruptcy Code. Reed Smith seeks entry of an order authorizing payment of $19,406 as additional compensation and expense reimbursement of $1,014.91 for the Fee Period and confirming the prior awards of compensation and expense reimbursement received by Reed Smith during this case. In support of its application, Reed Smith represents as follows:

**I.      BACKGROUND AND CASE STATUS**

1.      On August 17, 2009, River Road Hotel Partners, LLC and its associated debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code.

US_ACTIVE-108097933.1

2.      The associated debtors are: River Road Hotel Partners, LLC (Case No. 09-30029) River Road Restaurant Pads, LLC (Case No. 09-30032), River Road Expansion Partners, LLC (Case No. 09-30033), River Road Hotel Mezz, LLC  (Case No. 09-30035), River Road Restaurant Mezz, LLC  (Case No. 09-30039), and River Road Expansion Mezz, LLC (Case No. 09-30040).

3.      An Order directing the joint administration of these cases was entered by this Court on August 20, 2009.

4.      On July 8, 2011, this Court entered and order confirming the Lenders' Fourth Amended Joint Chapter 11 Plan (the "Plan").

5.      On November 25, 2011 (the "Effective Date") the Lenders filed a Notice of Effective Date of the Plan.  This application is filed pursuant to Section 2.5 of the Plan.

6.      Up until the Effective Date, the Debtors operated their businesses and managed their properties as debtors-in-possession.

7.      The Committee was appointed by the Office of the United States Trustee on August 27, 2009, and, as provided in the Plan ceased to exist upon the Effective Date.

8.      The Committee members were Audio Visual Services Group, Inc., System Parking, Inc., Baltic Linen Company, Inc., Minibar North America, Inc., and United Maintenance Company.

9.      This Court entered an Order approving the retention and employment of Reed Smith as counsel to the Committee on October 30, 2009 *nunc pro tunc* to August 27, 2009.

10.      Reed Smith has been employed by the Committee pursuant to Section 327 of the Bankruptcy Code, and is entitled to compensation on an hourly basis, plus reimbursement of actual and necessary expenses. This is Reed Smith's application for final compensation in these cases.

11.    The Debtors owned and operated the InterContinental Hotel Chicago O'Hare (the "Hotel") in Rosemont, Illinois through the Effective Date, when the Hotel was transferred pursuant to the Plan.

12.    On May 20, 2010, Reed Smith filed its initial application for interim compensation for the period of August 27, 2009 through April 30, 2010. On June 24, 2010, this Court awarded it interim compensation in the amount of $48,206 and expense reimbursement in the amount of $39.81.

13.    On September 29, 2010, Reed Smith filed its second application for interim compensation for the period of May 1, 2010 through August 31, 2010. On October 21, 2010 the Court entered an order which awarded Reed Smith interim compensation in the amount of $45,760.00 and expense reimbursement in the amount of $53.56 for the period.

14.    On January 25, 2011, Reed Smith filed its third application for interim compensation for the period of September 1, 2010 through December 31, 2010. On February 17, 2011 the Court entered an order which awarded Reed Smith interim compensation in the amount of $55,310.00 and expense reimbursement in the amount of $65.93 for that period.

15.    On May 19, 2011 Reed Smith filed its fourth application for interim compensation for the period of January 1, 2011 through April 30, 2011. On June 9, 2011 the Court entered an order which awarded Reed Smith interim compensation in the amount of $55,649.00 and expense reimbursement in the amount of $32.25 for that period.

16.    On September 28, 2011 Reed Smith filed its fifth application for interim compensation for the period of May 1, 2011 through August 31, 2011. On October 27, 2011 the Court entered an order which awarded Reed Smith interim compensation in the amount of $78,982.50 and expense reimbursement in the amount of $151.98 for that period.

- 3 -

17.    The Committee represented the interests of unsecured creditors, who hold claims totaling approximately $10 million, not including any deficiency claims asserted by the Debtors' secured lenders. The Committee took an active role, regarding pending matters in the cases as well as the operations of the business and the details of the proposed plans of reorganization, disclosure statements and related documents.

18.    The Debtors previously attempted to exit chapter 11 through a proposed sale in connection with a plan precluding credit bidding by the secured lenders. The Court refused to enter an order allowing such a sale without credit bidding, which had been a condition of the stalking horse bid. Thereafter, that ruling was affirmed on appeal by the Seventh Circuit.

19.    After termination of plan exclusivity, the Lenders proposed their Plan, which the Committee supported and the Court ultimately confirmed.

20.    The Debtor and the Committee filed certain avoidance actions during the period before the plan became effective. Following the Effective Date, the Liquidating Trustee became the party responsible for prosecuting the avoidance actions.

## II.    SUMMARY OF SERVICES RENDERED

21.    By this Application, Reed Smith seeks approval and payment for a total of 31.3 hours of services rendered and for reimbursement for certain expenses incurred during the Fee Period. Reed Smith represented the Committee during the Fee Period in connection with the following general types of matters:

a.    advised the Committee in connection with the secured lenders' Plan of Reorganization and related services to advance the interests of the unsecured creditors represented by the Committee;

b.    assisted with the implementation of the Lenders' Plan of Reorganization, Liquidating Trust Agreement and related documents with regard to the provisions that affect interests of unsecured creditors.

- 4 -

c. advised and represented the Committee in its consultations with the Debtors regarding the administration of these cases;

d. advised the Committee in connection with reviewing and determining the parties' rights and obligations under leases and other executory contracts;

e. advised and represented the Committee in the evaluation of claims and filed avoidance actions against insider entities; and

f. prepared for administration of the estate by the Liquidating Trustee following the Effective Date of the Plan.

22. For ease of review and understanding the specific services provided during the Fee Period, Reed Smith has separated them into the following five categories:

A. General Administration

B. Court Hearings and Litigation

C. Avoidance Actions

D. Claims Review

E. Professional Compensation

A description of the services provided in each of the categories is set forth below, and detailed statements itemizing the individual services rendered by Reed Smith in each category during the Fee Period are annexed hereto as Exhibits A through E and incorporated herein by reference.

A. **General Administration**

23. During the Fee Period, Reed Smith provided 11.9 hours of services in connection with the general administration of these cases. These services include communications with the Debtors, the secured lenders, other creditors, and other parties in interest primarily in connection with preparation for the Effective Date of the Plan and reviewing and confirming the proposed transfer calculations for the Liquidating Trust. Committee counsel also regularly reviewed the Debtors' monthly operating reports as well as other information provided concerning the Debtors' business operations. By these various efforts, Reed Smith has efficiently represented

the Committee and the interests of unsecured creditors generally. Stephen Bobo provided the

services in this category, for which Reed Smith seeks $7,378. A detailed listing of the time

entries in this category is contained in Exhibit A attached hereto.

**B.** **Court Hearings and Litigation**

24.    During the Fee Period, Reed Smith provided 2.0 hours of services in connection

with court hearings and litigation in these cases. Thee services related to the pending adversary

proceedings as well as a hearing on applications for interim compensation.

25.    The total amount requested for this category is $1,240 and Stephen Bobo

provided the services in this category. A detailed listing of the time entries in this category is

contained in Exhibit B attached hereto.

**C.** **Avoidance Actions**

26.    During the Fee Period, Reed Smith spent 3.10 hours in connection with the

prosecution of avoidance actions for which it seeks $1,922. These services related to reviewing

responses and documents provided by various defendants and conferring with the Debtor

regarding the underlying factual details, and the responsibility for the avoidance actions.

Stephen Bobo provided the services in this category. A detailed listing of the time entries for

this category is contained in Exhibit C attached hereto.

**D.** **Claims Review and Analysis**

27.    During the Fee Period, Reed Smith spent 9.5 hours in connection with review and

analysis of various unsecured claims for which it seeks $5,890. These services related to

understanding the impact of the treatment of certain unsecured claims under the plan, potential

objections to certain claims, and the value provided to the Debtors by certain creditors. In

addition, review of certain secured and priority claims was conducted in connection with the

preparation for the distribution of funds to the Liquidating Trust. Stephen Bobo provided the

services in this category. A detailed listing of the time entries for this category is contained in

Exhibit D attached hereto.


E.    **Compensation Issues**

28.    During the Fee Period, Reed Smith dedicated 4.8 hours of services toward

professional compensation issues relating to the Committee. These included drafting and

revising Reed Smith's fifth application for interim compensation and supporting documents.

The total amount requested for this category is $2,976, and Stephen Bobo provided the services

in this category. A detailed listing of the time entries in this category is contained in Exhibit E

attached hereto.

### III.    STATEMENT OF EXPENSES INCURRED

29.    Reed Smith seeks reimbursement for expenses incurred during the Fee Period

totaling $1,014.91. These expenses consist of $1,000 in filing fees in connection with the four

adversary proceedings filed by the Committee, $.96 in PACER charges for on-line access to the

court's docket and claim files and $13.95 in copying costs at 15 cents per copy. Reed Smith

submits that these expenses were necessarily and appropriately incurred in connection with its

representation of the Committee in these cases. A summary listing of these expenses is

contained in Exhibit F attached hereto.

### IV.    STATEMENT PURSUANT TO SECTION 504
### AND BANKRUPTCY RULE 2016(b)

30.    The services that Reed Smith provided were required for the necessary and

appropriate representation of the Committee in these cases and were authorized by order of this

Court. Pursuant to Section 330 of the Bankruptcy Code and the generally applied standards of

- 7 -

the time, nature, extent and value of the services performed, the services provided by Reed Smith are compensable from the Debtors' estates.

31.     There has been no duplication of services by the Reed Smith attorneys.  In those limited instances where more than one attorney participated in any matter, such joint participation was necessary because of the nature and scope of the issues, the allocation of responsibility for issues, and time constraints that existed.

32.     All services of Reed Smith were provided exclusively to the Committee and to no other parties.  Neither Reed Smith nor any of its attorneys have any connection with any party in interest, their attorneys or accountants.

33.     No agreement exists between Reed Smith and any other person for the sharing of compensation to be received by Reed Smith in these cases, except as may be allowed by Section 504 of the Bankruptcy Code and Bankruptcy Rule 2016 with respect to the sharing of compensation among partners of Reed Smith.

34.     The size and complexity of the Debtors' cases required experienced legal representation for the Committee.  These cases have required Reed Smith's bankruptcy attorneys to devote substantial time and effort to properly represent the Committee and the interests of unsecured creditors generally.

35.     Reed Smith seeks compensation for its services at usual and customary rates charged for services, both in and out of bankruptcy proceedings, performed for other clients of the firm.  Reed Smith's rates are commensurate with other firms of comparable expertise.

36.     One Reed Smith partner, two associates and one paralegal have been primarily involved in representing the Committee during this case.  During the Fee Period, the services were all provided by Stephen Bobo, a Reed Smith partner, who is a 1980 graduate of the George Washington University Law School and has been practicing law for 31 years.  He has focused

- 8 -

his practice on bankruptcy and insolvency matters, both in and out of court, for more than 26

years. He regularly represents debtors, creditors committees, trustees, and individual creditors in

a variety of bankruptcy cases both in this district and elsewhere. These cases have included

several hotel bankruptcies. He also frequently serves as an equity receiver in fraud cases. Mr.

Bobo speaks regularly on bankruptcy and insolvency-related issues, and is primarily responsible

for representing the Committee in these cases. During earlier portions of the case, significant

services had also been provided by Ann Pille, a senior associate with 7 years of experience in

bankruptcy matters, Aaron Chapin, an associate with 4 years of bankruptcy experience, and E.

Anne Arundel, an experienced bankruptcy paralegal.

     37.    On an overall basis, Stephen Bobo provided a total of 31.3 hours of services at a

rate of $620.00 per hour during the Fee Period, for which a total of $19,406 is sought as

compensation.

     38.    The affidavit of Stephen Bobo submitted in support of this Application and

attesting to the accuracy of the information contained in it is attached hereto as Exhibit G.

## V.    PAYMENT OF REQUESTED COMPENSATION FROM FUNDS HELD AS RETAINER

     39.    Reed Smith received post-petition retainer payments totaling $50,000 from the

Debtors pursuant to orders of this Court. That amount is held in Reed Smith's client escrow

account and has not been applied to any fees or costs incurred by Reed Smith. Reed Smith

requests that it be permitted to apply a portion of this amount in payment of the additional fees

and expenses awarded pursuant to this application.

     40.    Reed Smith intends to hold the balance of the retainer amount to apply to fees and

expenses incurred for post-Effective Date services rendered on behalf of the Liquidating Trustee.

## VI.    NOTICE

41.    Reed Smith has served copies of this Application upon the the U.S. Trustee, the Debtors, the Lenders, and to all parties that have appeared in these cases or requested notice pursuant to Bankruptcy Rule 2002.

42.    A notice regarding this Application is being mailed to all of the Debtor's general unsecured creditors more than 20 days before the hearing date, in compliance with Bankruptcy Rule 2002(a)(6).

## VII.    CONCLUSION

43.    For all of the reasons set forth in this application, Reed Smith respectfully submits that the services rendered and the disbursements incurred during this case have been reasonably expended in order to adequately represent and protect the interests of the Committee and of unsecured creditors generally.  Reed Smith submits further that it has provided such services in an economical and efficient manner. Accordingly, Reed Smith requests that the relief requested in this Application be granted in all respects.

WHEREFORE, Reed Smith respectfully requests that this Court enter an order:

(i)    allowing Reed Smith's requested additional compensation in the amount of $19,406 and reimbursement of expenses in the amount of $1,014.91, for a total amount of $20,420.91, for the period of September 1, 2011 through November 23, 2011;

(ii)    authorizing Reed Smith to apply a portion of the funds it is holding as retainer in satisfaction of the award of additional compensation and to continue to hold the balance of the retainer to be applied to fees and costs incurred for services rendered on behalf of the Liquidating Trustee;

     (iii)    confirming the interim compensation previously awarded to Reed Smith during this case; and

     (iv)    such other relief as may be appropriate and just in the circumstances.

Dated: January 13, 2012.

                              **OFFICIAL COMMITTEE OF**
                              **UNSECURED CREDITORS OF**
                              **RIVER ROAD HOTEL PARTNERS, LLC**

                              By:____/s/Stephen T. Bobo_____

Stephen T. Bobo
Ann E. Pille
Reed Smith LLP
10 S. Wacker Drive, 40th Flr.
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
sbobo@reedsmith.com
apille@reedsmith.com

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen T. Bobo, an attorney, hereby certifies that on January 13, 2012 I caused a copy of the **Application of Reed Smith LLP for Allowance of Final Compensation and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors** to be filed via the Court's ECF system and served on the following parties listed on the Service List, as so indicated.

/s/ Stephen T. Bobo

## SERVICE LIST

| PARTIES | METHOD OF DELIVERY |
| --- | --- |
| Steve Wolfe<br>Office of the U.S. Trustee<br>219 S. Dearborn St., Suite 873<br>Chicago, IL 60604<br>steve.g.wolfe@usdoj.gov<br>ustpregion11.es.ecf@usdoj.gov | Court's ECF Notification<br>and E-mail |
| Amalgamated Bank<br>c/o Jeffrey Chang, John W. Costello<br>Mary E. Olson<br>Wildman Harrold Allen & Dixon LLP<br>225 West Wacker Drive<br>Chicago, IL 60606<br>312-201-2000<br>jchang@wildman.com<br>molson@wildman.com | Court's ECF Notification |
| Amalgamated Bank<br>c/o Jennifer Rojas<br>Deutsch Levy & Engel Chtd.<br>225 W. Washington, Suite 1700<br>Chicago, IL 60606<br>312-346-1460<br>rojas@dlec.com | Court's ECF Notification |
| Amalgamated Bank<br>c/o Adam A Lewis<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>415-268-7000<br>alewis@mofo.com | E-mail |
| Barsanti Woodwork Corp.<br>c/o L. Judson Todhunter<br>Howard & Howard Attorneys PLLC<br>200 S Michigan Ave<br>Chicago, IL 60604<br>312-372-4000<br>JTodhunter@howardandhoward.com | Court's ECF Notification |

| PARTIES | METHOD OF DELIVERY |
|---|---|
| Boelter Contracting, LLC<br>c/o Edward Pirok<br>Frank & Pirok Ltd.<br>734 N. Wells Street<br>Chicago, IL 60654<br>312-654-9020<br>epirok@frank-pirok.com | Court's ECF Notification |
| Brookwood Builders, Inc.<br>c/o John J Chitkowski<br>Chitkowski Law Offices<br>801 Warrenville Road Suite 620<br>Lisle, IL 60532<br>630-824-4808<br>jjc@chitkowskilaw.com | Court's ECF Notification |
| Constellation New Energy, Inc.<br>c/o Bruce J. Ruzinsky<br>D. Elaine Conway<br>Jackson Walker LLP<br>1401 McKinney St., Suite 1900<br>Houston, TX 77010<br>econway@jw.com | E-mail |
| Constellation New Energy, Inc.<br>c/o Heather M. Forrest<br>Jackson Walker LLP<br>901 Main St., Suite 6000<br>Dallas, TX 77010<br>hforrest@jw.com | E-mail |
| Crane Construction Company<br>c/o John S Mrowiec<br>Erik Nelson<br>Conway & Mrowiec<br>20 South Clark Street #1000<br>Chicago, IL 60603<br>312-658-1100<br>jsm@cmcontractors.com<br>ern@cmcontractors.com | Court's ECF Notification |

| PARTIES | METHOD OF DELIVERY |
|---|---|
| EREF Mezzanine Fund, LLC<br>c/o William J. Choslovsky<br>Neal, Gerber & Eisenberg LLP<br>2 North LaSalle St., Suite 2200<br>Chicago, IL 60602<br>312-269-8049<br>wchoslovsky@ngelaw.com | Court's ECF Notification |
| Edward Don & Company<br>c/o Dennis E. Quaid<br>Thompson Coburn Fagel Haber<br>55 E Monroe St., Suite 4000<br>Chicago, IL 60190<br>312-580-2215<br>dquaid@tcfhlaw.com | Court's ECF Notification |
| Engelwood Electrical Supply Co. a division<br>of WESCO Distribution, Inc.<br>c/o Hannah L Kaplan<br>Faud R. Sulayman<br>Clark Hill PLC<br>150 N. Michigan Avenue, Suite 2400<br>Chicago, IL 60601<br>312-985-5900 Ext. 5919<br>hkaplan@clarkhill.com<br>fsulayman@clarkhill.com | Court's ECF Notification |
| F.E. Moran, Inc.<br>c/o Louis J Gale<br>Arnstein & Lehr LLC<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>(312) - 8766945<br>ljgale@arnstein.com | Court's ECF Notification |
| Holiday Hospitality Franchising, Inc.<br>c/o Robert J. Henry<br>Scopelitis, Garvin, Light,Hanson & Feary<br>30 West Monroe Street, Suite 600<br>Chicago, IL 60603<br>312-255-7187<br>rhenry@scopelitis.com | Court's ECF Notification |

| PARTIES | METHOD OF DELIVERY |
|---|---|
| Holiday Hospitality Franchising, Inc.<br>c/o Leib M Lerner<br>Alston & Bird LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>213-576-1000 Ext. 1193<br>leib.lerner@alston.com | Court's ECF Notification |
| Holiday Hospitality Franchising, Inc.<br>c/o Jason H Watson<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 W Peachtree St<br>Atlanta, GA 30309<br>jason.watson@alston.com | E-mail |
| Holiday Hospitality Franchising, Inc. and<br>InterContinental Hotels Group<br>c/o Robert J. Henry<br>Scopelitis, Garvin, Light,Hanson & Feary<br>30 West Monroe Street, Suite 600<br>Chicago, IL 60603<br>312-255-7187<br>rhenry@scopelitis.com | Court's ECF Notification |
| Holiday Hospitality Franchising, Inc. and<br>InterContinental Hotels Group<br>c/o Leib M Lerner<br>Alston & Bird LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>213-576-1000 Ext. 1193<br>leib.lerner@alston.com | Court's ECF Notification |
| Holiday Hospitality Franchising, Inc. and<br>InterContinental Hotels Group<br>c/o Jason H Watson<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 W Peachtree St<br>Atlanta, GA 30309<br>jason.watson@alston.com | E-mail |

| PARTIES | METHOD OF DELIVERY |
|---|---|
| Hudec Woodworking Company<br>c/o Mark W. Bina<br>Krieg DeVault LLP<br>30 N. LaSalle St., Suite 3516<br>Chicago, IL 60602<br>312-423-9305<br>mbina@kdlegal.com | Court's ECF Notification |
| InterContinental Hotels Group<br>c/o Jason H Watson<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 W Peachtree St<br>Atlanta, GA 30309<br>jason.watson@alston.com | E-mail |
| InterContinental Hotels Group<br>c/o Leib M Lerner<br>Alston & Bird LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>213-576-1000 Ext. 1193<br>leib.lerner@alston.com | Court's ECF Notification |
| InterContinental Hotels Group<br>c/o Robert J. Henry<br>Scopelitis, Garvin, Light,Hanson & Feary<br>30 West Monroe Street, Suite 600<br>Chicago, IL 60603<br>312-255-7187<br>rhenry@scopelitis.com | Court's ECF Notification |
| International Decorators, Inc.<br>c/o Michelle G Novick<br>Arnstein & Lehr LLP<br>120 South Riverside Plaza, Suite 1200<br>Chicago, IL 60606<br>312-876-7100<br>mgnovick@arnstein.com | Court's ECF Notification |

| PARTIES | METHOD OF DELIVERY |
|---|---|
| JDF Distribution Solutions, Inc.<br>c/o Richard P. Reichstein<br>Richard P. Reichstein, Ltd.<br>221 N. LaSalle St., Suite 1137<br>Chicago, IL 60601 | Court's ECF Notification |
| Minibar North America, Inc.<br>c/o Kenneth Oestreicher<br>Gary Steven Posner<br>Whiteford Taylor & Preston LLP<br>7 St. Paul Street, 19th Floor<br>Baltimore, MD 21202<br>410-347-9401 | Court's ECF Notification |
| Minibar North America, Inc.<br>c/o Jeffrey B. Rose<br>Bruce L. Wald<br>Tishler & Wald, Ltd.<br>200 S Wacker Dr., Suite 3000<br>Chicago, IL 60606<br>312-876-3800<br>jrose@tishlerandwald.com<br>bwald@tishlerandwald.com | Court's ECF Notification |
| RARE Hospitality, Inc.<br>c/o Steve Jakubowski<br>Levenfeld & Pearlstein, LLC<br>2 N. LaSalle Street, Suite 1300<br>Chicago, IL 60602<br>312-476-7585<br>sjakubowski@lplegal.com | Court's ECF Notification |
| River Road Expansion Mezz, LLC<br>c/o David Neff, Brian A. Audette<br>Eric E. Walker<br>Perkins Coie LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, IL 60603<br>312-324-8400<br>dneff@perkinscoie.com<br>baudette@perkinscoie.com<br>ewalker@perkinscoie.com | Court's ECF Notification |

| PARTIES | METHOD OF DELIVERY |
|---|---|
| River Road Expansion Partners, LLC<br>c/o David Neff, Brian A. Audette<br>Eric E. Walker<br>Perkins Coie LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, IL 60603<br>312-324-8400<br>dneff@perkinscoie.com<br>baudette@perkinscoie.com<br>ewalker@perkinscoie.com | Court's ECF Notification |
| River Road Hotel Mezz, LLC<br>c/o David Neff, Brian A. Audette<br>Eric E. Walker<br>Perkins Coie LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, IL 60603<br>312-324-8400<br>dneff@perkinscoie.com<br>baudette@perkinscoie.com<br>ewalker@perkinscoie.com | Court's ECF Notification |
| River Road Hotel Partners, LLC<br>c/o David Neff, Brian A. Audette<br>Eric E. Walker<br>Perkins Coie LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, IL 60603<br>312-324-8400<br>dneff@perkinscoie.com<br>baudette@perkinscoie.com<br>ewalker@perkinscoie.com | Court's ECF Notification |
| River Road Restaurant Mezz, LLC<br>c/o David Neff, Brian A. Audette<br>Eric E. Walker<br>Perkins Coie LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, IL 60603<br>312-324-8400<br>dneff@perkinscoie.com<br>baudette@perkinscoie.com<br>ewalker@perkinscoie.com | Court's ECF Notification |

| PARTIES | METHOD OF DELIVERY |
|---|---|
| River Road Restaurant Pads, LLC<br>c/o David Neff, Brian A. Audette<br>Eric E. Walker<br>Perkins Coie LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, IL 60603<br>312-324-8400<br>dneff@perkinscoie.com<br>baudette@perkinscoie.com<br>ewalker@perkinscoie.com | Court's ECF Notification |
| U.S. Bank, NA, successor in interest to the<br>FDIC as Receiver for San Diego National Bank<br>John P. Sieger<br>Andrew L. Wool<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>john.sieger@kattenlaw.com<br>andrew.wool@kattenlaw.com | Court's ECF Notification |
| Testa Produce, Inc.<br>c/o David A. Adelman<br>Gretchen Wehrenberg Stewart<br>Adelman Law Offices, P.C.<br>1901 N. Roselle Rd., Suite 800<br>Schaumburg, IL 60195<br>847 301-4341<br>adelman@adelmanlawoffices.com<br>stewart@pacaenforcer.com | Court's ECF Notification |
| Trans-Net, Inc.<br>c/o Robert J. Labate<br>Trisha M. Rich<br>Holland & Knight LLP<br>131 S. Dearborn St., 30th Floor<br>Chicago, IL 60603<br>312-263-3600<br>robert.labate@hklaw.com | Court's ECF Notification |

| PARTIES | METHOD OF DELIVERY |
|---|---|
| U.S. Foodservice, Inc.<br>c/o Jeremy M Guth<br>Samuel C. Wisotzkey<br>Kohner Mann & Kailas SC<br>4650 N Port Washington Road<br>Milwaukee, WI 53212<br>414-962-5110<br>jguth@kmksc.com<br>swisotzkey@kmksc.com | Court's ECF Notification |
| Walsh Construction Company<br>c/o William J Connelly<br>Hinshaw & Culbertson LLP<br>222 N Lasalle St., Suite 300<br>Chicago, IL 60601<br>312-704-3054<br>wconnelly@hinshawlaw.com | Court's ECF Notification |
| Walsh Landscape Construction, Inc. and<br>Warren F. Thomas Plumbing<br>c/o Jennifer A. Nielsen<br>Lyman & Nielsen LLC<br>1301 W. 22nd St., Suite 914<br>Oak Brook, IL 60523<br>630-575-0020<br>jnielsen@lymannielsen.com | Court's ECF Notification |
| William T. Connelly, Inc.<br>d/b/a Connelly Electric Co.<br>c/o Brian M. Dougherty<br>Goldstine, Skrodzki, Russian, Nemec<br>and Hoff, Ltd.<br>835 McClintock Drive, 2nd Floor<br>Burr Ridge, IL 60527<br>630-655-6000<br>bmd@gsrnh.com | Court's ECF Notification |

| PARTIES | METHOD OF DELIVERY |
|---|---|
| Shawn H. Heming<br>Audio Visual Services Group, Inc.<br>d/b/a PSAV Presentation Services<br>1700 E. Golf Road, Suite 400<br>Schaumburg, IL 60173<br>847-222-9800<br>sheming@psav.com | E-mail |
| Todd Tucker<br>System Parking, Inc.<br>111 E. Wacker Drive, Suite 1407<br>Chicago, IL 50501<br>312-819-5050<br>ttucker@tlrgc.com | E-mail |
| Lori Vaccariello<br>Baltic Linen Company, Inc.<br>1999 Marcus Avenue, Suite 300<br>P.O. Box 5485<br>Lake Success, NY 11040-5485<br>516-792-2121<br>lvaccariello@balticlinen.com | E-mail |
| Patrick Galgano<br>Minibar Systems<br>7340 Westmore Road<br>Rockville, MD 20850<br>301-354-5060<br>pat.galgano@minibarNA.com | E-mail |
| Linda Wolf<br>United Maintenance Company<br>1550 S. Indiana Avenue, Suite 300<br>Chicago, IL 60605<br>312-922-8558<br>lwolf@unitedhq.com | E-mail |
| Michael Kayman<br>Realization Advisors<br>10 S. Riverside Plaza Suite 1800<br>Chicago, IL 60606<br>mkayman@realizationadvisors.com | E-mail |

US_ACTIVE-108220270.1