# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RIVER ROAD HOTEL PARTNERS, LLC, et al., | Case No. 09-30029 (Jointly Administered) |
| Debtors. | Hon. Bruce W. Black |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 17, 2012, I caused true and correct copies of the **Plan Transferee's Notice of Deposition to FBR Capital Markets & Co.** and **Plan Transferee's First Request for Production of Documents in Connection with Objection to Second and Final Application of FBR Capital Markets & Co., for Allowance and Final Approval of Compensation for Services Rendered and Disbursements Incurred as Financial Advisor to the Debtors** to be served on the parties listed on the attached Service List in the manner so indicated.

By:    */s/ Yeny C. Estrada*
         One of Its Attorneys

Yeny C. Estrada (Atty. No. 6299739)
Edwards Wildman Palmer LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL  60606
Telephone:  312-201-2000
Facsimile:  855-577-8445

## **SERVICE LIST**

**ATTORNEYS FOR FBR CAPITAL MARKETS & CO. (VIA FIRST CLASS MAIL)**

        Heather L. Maly
        Venable LLP
        1270 Avenue of the Americas
        25th Floor
        New York, New York 10020

        Andrew J. Currie
        Venable LLP
        750 East Pratt Street
        Suite 9000
        Baltimore, Maryland 21202