**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER ROAD HOTEL PARTNERS, LLC, | ) | Case No. 09-30029 |
| et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Janet S. Baer |
| | ) | |

**NOTICE OF AGREED MOTION**

PLEASE TAKE NOTICE that on **November 25, 2014 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Janet S. Baer, or any judge sitting in her stead, in Courtroom 615, at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present the **Agreed Motion to Continue Response Deadline to FBR's Final Fee Application**, a copy of which is attached hereto, at which time and place you may appear if you so see fit.

DATED: November 20, 2014

Respectfully Submitted,
**BLETCHLEY AT O'HARE LLC**

/s/ John P. Sieger

John P. Sieger (ARDC No. 6240033)
Peter A. Siddiqui (ARDC No. 6278445)
Paul T. Musser (ARDC No. 6304946)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
John.Sieger@kattenlaw.com
Peter.Siddiqui@kattenlaw.com
Paul.Musser@kattenlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on November 20, 2014, he caused the **Agreed Motion to Continue Response Deadline to FBR's Final Fee Application** to be electronically filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to below Counsel of Record at their e-mail address on file with the Court as well as to the following Service List:

## SERVICE LIST

David M. Neff
Perkins Coie
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
E-Mail: dneff@perkinscoie.com

Patrick S. Layng
Office of the United States Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
E-mail: USTPRegion11.ES.ECF@usdoj.gov

William J. Barrett
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606-3465
E-mail: william.barrett@bfkn.com

Stephen T. Bobo
ReedSmith LLP
10 South Wacker Drive
Chicago, Illinois 60606
E-mail: sbobo@reedsmith.com

Andrew J. Currie
Thomas E. Gilbertsen
Venable LLP
575 7th Street, NW
Washington, DC 20004
E-mail: ajcurrie@Venable.com
E-mail: tegilbertsen@Venable.com

The following is the list of individuals who are currently on the CM/ECF list to receive email notice/service for this case:

- Jeffrey E Altshul jaltshul@ginsbergjacobs.com
- Brian A. Audette baudette@perkinscoie.com, nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
- William J. Barrett william.barrett@bfkn.com, mark.mackowiak@bfkn.com
- William J. Barrett william.barrett@bfkn.com, mark.mackowiak@bfkn.com
- Mark W. Bina mark.bina@quarles.com
- Stephen T. Bobo sbobo@reedsmith.com
- Matthew J. Botica mbotica@winston.com, neverett@winston.com
- Ashley W Brandt abrandt@freeborn.com, jtovarrisley@freeborn.com;bkdocketing@freeborn.com
- Ann M Bredin abredin@mpslaw.com, dnichols@mpslaw.com
- Jeffrey Chang jchang@changlawpllc.com
- Aaron B Chapin achapin@reedsmith.com

- John J Chitkowski jjc@chitkowskilaw.com, jennifer@chitkowskilaw.com
- William J. Choslovsky wchoslovsky@ngelaw.com, ecfdocket@ngelaw.com
- Nathan F Coco ncoco@mwe.com
- William J Connelly wconnelly@hinshawlaw.com
- Christopher Dean cdean@novackmacey.com
- Faith Dolgin faith.dolgin@illinois.gov
- Brian M. Dougherty bmd@gsrnh.com, kam@gsrnh.com
- Yeny C. Estrada yestrada@edwardswildman.com, kconnor@edwardswildman.com;ECFFilings@edwardswildman.com
- Jonathan P Friedland jfriedland@lplegal.com, jthompson@lplegal.com
- Louis J Gale gale@wbs-law.com, mosquera@wbs-law.com;KMorrissey@lewiskappes.com)
- Jeremy M Guth jguth@kmksc.com
- Robert J. Henry rhenry@scopelitis.com, wdbrejcha@scopelitis.com;mweiland@scopelitis.com;Leib.Lerner@alston.com;Melanie.Ezerzer@alston.com
- Steve Jakubowski sjakubowski@rsplaw.com, docketing@rsplaw.com
- Julie A. Johnston-Ahlen jjohnston-ahlen@novackandmacey.com, mbianchi@novackmacey.com
- Myja K Kjaer mkjaer@winston.com, ECF_Bank@winston.com
- Robert J. Labate robert.labate@hklaw.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Leib M Lerner leib.lerner@alston.com
- Thomas M Lombardo tlombardo@dimontelaw.com
- Heather Maly hlmaly@venable.com
- Adam M Mergenthaler adam_merg@yahoo.com

                /s/ John P. Sieger

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER ROAD HOTEL PARTNERS, LLC, et al., | ) ) | Case No. 09-30029 (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | Hon. Janet S. Baer |

**AGREED MOTION TO CONTINUE RESPONSE DEADLINE TO
FBR'S FINAL FEE APPLICATION**

Bletchley Hotel at O'Hare LLC ("Bletchley") respectfully moves (this "Agreed Motion"), through counsel, this Court to continue Bletchley's deadline to respond to FBR Capital Markets & Co.'s ("FBR") Amended Second Interim and Final Application for Allowance and Final Approval of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors for the Period August 17, 2009 through November 23, 2011 (the "Final Fee Application") [Doc. 1215] from November 20, 2014 until November 26, 2014 and to move the Hearing (as subsequently defined) to December 2, 2014. And in support of this Agreed Motion, states as follows:

1.  On October 30, 2014, this Court entered the Order Approving Restructiring Fee, giving Bletchley seven days to respond (the "Response Deadline") to FBR's Final Fee Application [Doc. 1211]. FBR filed the Final Fee Application on November 13, 2014, causing the Response Deadline to be November 20, 2014 (the "Objection Deadline") [Doc. 1215].

2.  On November 14, 2014, FBR's filed a Notice of Hearing [Doc. 1219], scheduling a hearing for November 25, 2014 regarding the Final Fee Application (the "Hearing").

3.  Bletchley and FBR have agreed to continue the Response Deadline until November 26, 2014.

4. Bletchley and FBR have also agreed to continue the Hearing until December 2, 2014 at 10:00 a.m. or such other time acceptable to the Court.

NOW, THEREFORE, Bletchley respectfully requests that this Court grant this Agreed Motion and enter an order (i) extending the Response Deadline to November 26, 2014, (ii) continuing the Hearing until December 2, 2014 at 10:00 a.m. and (iii) granting such other relief as is fair and just under the circumstances.

DATED: November 20, 2014                                     Respectfully Submitted,

**BLETCHLEY AT O'HARE LLC**

/s/ John P. Sieger

John P. Sieger (ARDC No. 6240033)
Peter A. Siddiqui (ARDC No. 6278445)
Paul T. Musser (ARDC No. 6304946)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
John.Sieger@kattenlaw.com
Peter.Siddiqui@kattenlaw.com
Paul.Musser@kattenlaw.com