UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 09 B 30029 |
| | ) | |
| RIVER ROAD HOTEL PARTNERS, LLC ET AL., | ) ) | Chapter 11 |
| | ) | |
| Debtors. | ) ) | Honorable Janet S. Baer |

ORDER SUSTAINING IN PART AND OVERRULING IN PART THE OBJECTION OF BLETCHLEY HOTEL AT O'HARE LLC TO THE AMENDED SECOND INTERIM AND FINAL FEE APPLICATION OF FBR CAPITAL MARKETS & CO.

This matter coming to be heard on the objection of Bletchley Hotel at O'Hare LLC ("Bletchley") to the amended second interim and final fee application of FBR Capital Markets & Co. ("FBR") (ECF No. 1215), the Court having jurisdiction over the subject matter and all necessary parties, the Court having considered the arguments of the parties, and for the reasons stated in the Memorandum Opinion entered on this date:

IT IS HEREBY ORDERED THAT:

(1) Bletchley's request that the Court reconsider its prior opinion in this case, *In re River Rd. Hotel Partners, LLC*, 520 B.R. 691 (2014), is denied, and FBR is entitled to and allowed on a final basis a Restructuring Fee in the amount of $2,568,145.89.

(2) FBR is entitled to and allowed on a final basis the reimbursement of reasonable, necessary attorneys' fees and other expenses incurred by FBR in connection with general representation of FBR during its engagement and assistance in preparation of both the original and amended fee applications, in the amount of $62,466.60.

(3) The Liquidating Trustee, as defined in the Lenders' Fourth Amended Joint Chapter

11 Plan (ECF No. 840) (as amended by the First Addendum to Lenders' Fourth Amended Joint Chapter 11 Plan (ECF No. 851) and as confirmed by order of the Court (ECF No. 853)) (the "Plan"), is authorized and directed to pay FBR as a chapter 11 administrative expense, in accordance with the terms and provisions of the Plan, all amounts allowed herein and not heretofore paid, as compensation for FBR's professional fees and reimbursement of FBR's reasonable, necessary expenses.

(4) In addition to the fees and expenses approved and allowed by this order, the Liquidating Trustee is directed to pay FBR as a chapter 11 administrative expense, in accordance with the terms and provisions of the Plan, the $150,000 in fees and $3,035.09 in expenses previously finally awarded to FBR and authorized and directed to be paid by the Liquidating Trustee in the Court's judgment entered on December 17, 2012 (ECF No. 1134).

(5) The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

(6) The Court retains jurisdiction with respect to all matters arising from or relating to implementation of this order.

**Dated:** August 31, 2015

**ENTERED:**

JANET S. BAER
United States Bankruptcy Judge