**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 09-30029 |
| | ) | Chapter 11 |
| | ) | |
| RIVER ROAD HOTEL PARTNERS, LLC, | ) | Hon. Janet S. Baer |
| et al., | ) | |
| | ) | Hearing Date:  September 28, 2017 |
| Debtors. | ) | Hearing Time:  9:30 a.m. |
| | ) | |

<u>**NOTICE OF MOTION FOR FINAL DECREE AND TO CLOSE BANKRUPTCY CASE**</u>

**TO:    PARTIES LISTED ON ATTACHED SERVICE LIST**

    **PLEASE TAKE NOTICE** that on **September 28, 2017 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Janet S. Baer, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, or any judge sitting in Her Honor's stead in the courtroom usually occupied by Her, Courtroom 615, at 219 South Dearborn Street, Chicago, Illinois, and shall present the **Motion For Final Decree and to Close Bankruptcy Case,** which was filed with the United States Bankruptcy Court on September 14, 2017.

    **PLEASE TAKE FURTHER NOTICE** that the following is a Summary of Distributions paid to Holders of Claims and Interests Under the Plan:

| Claims | Treatment and Distributions |
|---|---|
| Class 1 - Priority Claims | Unimpaired.  Paid in full. |
| Class 2 - Lenders' Secured Claims | Impaired.  Paid Excess Cash Collateral (as defined in the Plan) in the amount of $977,135.58. |
| Class 3 - Mechanics Lien Claims | Impaired.  Claims settled and disallowed. |
| Class 4 - Other Secured Claims | Unimpaired.  Claims reinstated or paid in full. |
| Class 5 - General Unsecured Claims | Impaired, to receive a 10.6% pro rata distribution which was paid on or about July 31, 2013. |
| Class 6 - Lenders' Deficiency Claims | Impaired.  No distribution. |
| Class 7 - Intercompany Claims | Impaired.  No distribution. |
| Class 8 - Equity Interests | Impaired.  No distribution. |

39526038v.2

Dated: September 14, 2017

Respectfully submitted,

**BLETCHLEY HOTEL AT O'HARE FIELD LLC**

By: _/s/ James B. Sowka_

    Gus A. Paloian (6188186)
    James B. Sowka (6291998)
    SEYFARTH SHAW LLP
    233 South Wacker Drive, Suite 8000
    Chicago, Illinois 60606
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000

    _Counsel to Bletchley Hotel at O'Hare Field LLC_

39526038v.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER ROAD HOTEL PARTNERS, LLC, | ) | Case No. 09-30029 |
| et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Janet S. Baer |

## <u>MOTION FOR FINAL DECREE AND TO CLOSE BANKRUPTCY CASE</u>

Bletchley Hotel at O'Hare Field LLC ("<u>Bletchley</u>"), by and through its undersigned

attorneys, hereby moves for entry of a final decree and to close the above-referenced bankruptcy

cases pursuant to Bankruptcy Code section 350(a),  Federal Rule of Bankruptcy Procedure

("<u>Bankruptcy Rule(s)</u>") 3022, and Local Rule of Bankruptcy Procedure ("<u>Local Rule</u>") 3022-1.

In support of this Motion, Bletchley states as follows:

### BACKGROUND

A.    <u>Procedural History</u>.

1.    On August 17, 2009 ("Petition Date"), River Road Hotel Partners, LLC, River

Road Expansion Partners, LLC, and Review Road Restaurant Pads, LLC (collectively, the

"Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States

Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District

of Illinois, Eastern Division (the "Bankruptcy Court").

2.    On August 20, 2009, the Bankruptcy Court entered an order directing joint

administration of the Debtors' cases.  [Dkt. No. 28.]

3.    On August 27, 2009, the Office of the United States Trustee appointed an Official

Committee of Unsecured Creditors (the "Creditors' Committee").  [Dkt. No. 37.]

39526038v.2

4.      On December 10, 2009, the Bankruptcy Court entered an order establishing February 15, 2010 as the final date for filing proofs of claim against the Debtors [Dkt No. 159] (the "Bar Date Order").

5.      On June 24 2011, Amalgamated Bank as Trustee of Longview Ultra Construction Loan Investment Fund, in its capacity as Administrative Agent for itself and U.S. Bank National Association and U.S. Bank National Association, successor-in-interest to the Federal Deposit Insurance (the "Lenders") filed the Lenders' Fourth Amended Joint Chapter 11 Plan of Liquidation (the "Plan") with the Bankruptcy Court.  [Dkt. No. 840.]

6.      On July 7, 2011, the Bankruptcy Court entered an Order Confirming the Plan confirming the Plan (the "Confirmation Order").  [Dkt. No. 853.]

7.      The Plan became effective on November 23, 2011 (the "Effective Date"). On the Effective Date, the Plan Proponents filed a Notice of (1) Occurrence of the Effective Date, (2) the Administrative Claims Bar Date, (3) the Fee Claims Bar Date and (4) the Bar Date for filing Rejection Damages Claims and served a copy of that notice on all creditors and parties in interest, including the settling Mechanics Lien Claimants.  [Dkt. No. 934.]

8.      Pursuant to the Plan, the Debtors effectuated a sale of the Debtors' real estate property to Bletchley, the entity designated by the Lenders to take title to the Debtors' property.

B.      The Liquidating Trust.

9.      On the Effective Date, the Debtors, the Lenders, the Creditors' Committee and Michael Kayman, not in his individual capacity, but solely as liquidating trustee (the "Liquidating Trustee"), executed that certain Liquidating Trust Agreement and Declaration of

Liquidating Trust (the "Liquidating Trust Agreement," and the trust contemplated therein, the "Liquidating Trust"). [Dkt. No. 736.]

10.     The Liquidating Trust was vested with certain Liquidating Trust Assets (as defined therein), including the Debtors' avoidance actions and contributions of cash collateral from the Lenders. (Liquidating Trust Agreement, p. 3.)  The Liquidating Trust was to be administered for the benefit of the Liquidating Trust Beneficiaries (as that term is defined in the Plan), pursuant to the provisions of Section 6.5 of the Plan and the Liquidating Trust Agreement. The Liquidating Trust was further authorized as the representative of the Debtors' Estates pursuant to section 1123(b)(3)(B) of the Bankruptcy Code to take all actions necessary to comply with the Plan and to exercise and fulfill the duties and obligations arising thereunder.  (Plan, § 6.4.)

C.     Resolution of Mechanics Lien Claims.

11.     On November 9, 2011, the Lenders entered into a settlement agreement with Walsh Construction Company on behalf of itself and its subcontractors (collectively, "Walsh"). [Dkt. No. 990, Ex. A (the "Walsh Settlement Agreement").]

12.     Paragraph 5 of the Walsh Settlement Agreement provides:  "Upon payment of the Settlement Amount and Interest, the Bankruptcy Claims shall be deemed disallowed and expunged in their entirety."  The Walsh Settlement Agreement defines "Bankruptcy Claims" as follows: "the claims filed by Walsh and certain of the Walsh Subcontractors in the Bankruptcy Case asserting claims arising from their recorded mechanics liens and claims asserted in the State Court Mechanics Lien Litigation."

13.    In or about November 2011, the Lenders entered into a settlement agreement with Crane Construction Company on behalf of itself and its subcontractors (collectively, "Crane"). (See Dkt. No. 990, Ex. B (the "Crane Settlement Agreement").

14.    Paragraph 6 of the Crane Settlement Agreement states that Crane shall not be entitled to any distribution under the Plan.  Furthermore, paragraph 9 of the Crane Settlement Agreement provides:  "Upon payment of the Settlement Amount and Interest, Crane hereby releases, relieves, waives and relinquishes and discharges any claims (including the Bankruptcy Claims) it has or may have asserted against Lenders or Debtors . . . ." The Crane Settlement Agreement defines "Bankruptcy Claims" as follows: "the claims filed by Crane and the Secured Crane Subcontractors in the Bankruptcy Case asserting claims arising from their recorded mechanics liens and claims asserted in the State Court Mechanics Lien Litigation."

15.    In accordance with the respective settlement agreements, this Bankruptcy Court entered an order disallowing claims the claims of Walsh and Crane.  [Dkt. No. 1028.]

D.    Claims Resolution and Avoidance Actions.

16.    After the Effective Date, the Liquidating Trustee and Bletchley each objected to certain claims.  [Dkt. Nos. 964-970, 984-986.]  Notably, the Liquidating Trustee resolved claims by EREF Mezzanine Fund, LLC, in the amount of over $19 million, substantially reducing the pool of unsecured claims.

17.    In addition, the Liquidating Trustee litigated certain avoidance action claims. [Adv. Case Nos. 11-01732 through 11-01740].  Settlement of avoidance action claims brought more than $200,000 into the estate.  [See Adv. Proc. 11-01732, Dkt. No. 26 ($35,000 settlement); Adv. Proc. 11-01733, Dkt. No. 18 ($23,000 settlement); Adv. Proc. 11-01734, Dkt.

No. 24 ($26,846 settlement); Adv. Proc. 11-01735, Dkt. No. 18 ($19,000 settlement); Adv. Proc.

11-01736, Dkt. No. 23 ($67,476 settlement); Adv. Proc. 11-01737, Dkt. No. 18 ($22,500

settlement); Adv. Proc. 11-01738, Dkt. No. 31 ($11,419 settlement).]

E.       Wind Up of Liquidating Trust.

18.       On or about July 31, 2013, the Liquidating Trustee made a distribution to

unsecured creditors of approximately $664,542.95, representing a pro rata distribution of

approximately 10.6% of general unsecured claims.  (*See* Accounting for Distributions of Trust

(attached hereto as **Exhibit 1**); July 31 letter to creditors (attached hereto as **Exhibit 2**).)

Contemporaneously therewith, the Liquidating Trustee paid to Bletchley the approximate

amount of $977,135.58, the amount of Excess Cash Collateral (as defined in the Plan) returnable

to Bletchley under the terms of the Plan.  (Plan, § 6.9(e).)

19.       Pursuant to the Liquidating Trust Agreement, the Liquidating Trust terminated

upon the payment of distributions.  (Litigation Trust Agreement, § 6.01.)  A letter from the

Liquidating Trustee confirming closure of the Liquidating Trust's bank account is attached

hereto as **Exhibit 3**.

E.       Summary of Treatment of Claims and Interests Under the Plan.

20.       In summary, the Plan provides for treatment of the classes of claims as follows:

| Claims | Treatment and Distributions |
|---|---|
| Class 1 - Priority Claims | Unimpaired.  Paid in full. |
| Class 2 - Lenders' Secured Claims | Impaired.  Paid Excess Cash Collateral (as defined in the Plan) in the amount of $977,135.58. |

| Class 3 - Mechanics Lien Claims | Impaired.  Claims settled and disallowed. |
|---|---|
| Class 4 - Other Secured Claims | Unimpaired.  Claims reinstated or paid in full. |
| Class 5 - General Unsecured Claims | Impaired, to receive a 10.6% pro rata distribution which was paid on or about July 31, 2013. |
| Class 6 - Lenders' Deficiency Claims | Impaired.  No distribution. |
| Class 7 - Intercompany Claims | Impaired.  No distribution. |
| Class 8 - Equity Interests | Impaired.  No distribution. |

F.      FBR Fee Application.

21.      Although the Liquidating Trust wound up in 2013, these cases remained open due to disputes over allowance of fees of FBR Capital Markets & Co. ("FBR"), a financial advisor to the Debtor.

22.      On September 21, 2009, the Bankruptcy Court entered an order approving FBR's retention ("Retention Order") as the Debtor's financial advisor.  [Dkt. No. 79.]

23.      On January 18, 2012, FBR filed its second interim and final fee application ("Application") seeking, inter alia, compensation in the amount of $2,546,965.73, of which $150,000.00 was for monthly fees, $3,035.09 was for expenses, and $2,396,965.73 was for a "Restructuring Fee."

24.      Bletchley, as plan transferee under the Plan, timely filed an objection to the Application asserting, in part, that:  (i) FBR was not disinterested and therefore not eligible for any compensation; and (ii) FBR was not entitled to the Restructuring Fee because FBR did not perform any services that advanced Plan confirmation. [Dkt. No. 972.]

25.     After contentious litigation (including an appeal to the District Court), the Bankruptcy Court entered a memorandum ("Approval Opinion") and an approval order ("Approval Order") on October 30, 2014, in which the Bankruptcy Court approved FBR's request for a Restructuring Fee and directed FBR to submit an updated fee application.  [Dkt. No. 1211.]  On November 13, 2014, FBR filed its amended Application, in which FBR requested payment of the Restructuring Fee in the increased amount of $2,568,145.89, and included a request for $1,846,832.32 in attorneys' fees and costs.

26.     On November 26, 2014, Bletchley lodged an objection to the Application.  [Dkt. No. 1231.]  Bletchley filed an amended objection on December 3, 2014.  [Dkt. No. 1237.]

27.     On August 31, 2015, the Bankruptcy Court entered an order ("Objection Order") as well as a Memorandum Opinion ("Objection Opinion") in which the Bankruptcy Court sustained in part and overruled in part Bletchley's objection to FBR's amended Application. [Dkt. No. 1251.]   Specifically, the Bankruptcy Court awarded FBR:  (1) a Restructuring Fee in the amount of $2,568,145.89; (2) fees and other expenses in the amount of $62,466.60; and (3) in accordance with the terms of a prior order of the Court, fees in the amount of $150,000 and expenses in the amount of $3,035.09.   Bletchley filed a notice of appeal from the Bankruptcy Court's award of a Restructuring Fee.  [Dkt. No. 1252.]  FBR cross-appealed from the Bankruptcy Court's denial of its request for its attorneys' fees and costs. [Dkt. No. 1267.]

28.     On August 4, 2016, the District Court (Judge Leinenweber) affirmed the Bankruptcy Court's Approval Order ("District Court Order").  [Dist. Ct. Case No. 15-08063; Dkt. No. 43.]

29.     On September 2, 2016, Bletchley appealed to the Seventh Circuit that portion of the District Court Order that affirmed a Restructuring Fee to FBR ("Seventh Circuit Appeal"). [Dist. Ct. Case No. 15-08063; Dkt. No. 44.]

30.     On September 14, 2016, FBR filed a cross appeal to the Seventh Circuit from that portion of the District Court Order that denied their attorneys' fees and costs ("Seventh Circuit Cross Appeal").  [Dist. Ct. Case No. 15-08063; Dkt. No. 49.]

31.     Thereafter, Bletchley and FBR participated in the Seventh Circuit mediation process and arrived at a proposed settlement.  On May 16, 2017, Bletchley filed a motion pursuant to Bankruptcy Rule 9019 requesting approval of the Settlement Agreement.  [Dkt. Nos. 1304.]  On June 20, 2017, the Bankruptcy Court entered an order approving the Settlement Agreement.  [Dkt. No. 1311.]

## RELIEF REQUESTED

32.     In accordance with the terms of Bankruptcy Code section 350(a), Bankruptcy Rule 3022, and Local Rule 3022-1, Bletchley states that all required payments due to each class under the confirmed Plan have been paid and hereby requests that the Court enter a final decree and close the Debtors' cases.

## BASIS FOR RELIEF REQUESTED

33.     Bankruptcy Rule 3022 provides that "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on a motion of a party in interest, shall enter a final decree closing the case."  FED. R. BANKR. P. 3022.

34.     The official Advisory Committee Notes to the 1991 Amendments to Bankruptcy 3022 recommends that:

Factors that the court should consider in determining whether the estate has been fully administered include (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

These factors favor the entry of a final decree in these cases.

35.     Specifically, the Confirmation Order is final, the Liquidating Trust has been fully administered and is terminated, the Debtors' property has been transferred to Bletchley pursuant to the Plan, and all motions, contested matters and adversary proceedings have been finally resolved.  Nothing remains except for these cases to be closed.

36.     Local Rule 3022-1 requires that the party moving to enter a final decree after confirmation of a chapter 11 plan must, unless the court orders otherwise, (a) state within the notice or the motion the actual status of payments due to each class under the confirmed plan, and (b) give notice of the motion to the United States Trustee and to all creditors.

37.     In compliance with the Local Rules, Bletchley (i) states that all required payments due to each class under the confirmed Plan have been paid; (ii) Bletchley has provided all necessary disclosures in this Motion, and (iii) has provided a copy of the Motion and 7-day written notice of the hearing of this Motion to the office of the United States Trustee, all creditors (directly or through counsel who have filed an appearances in the case), the required ECF/CM notice parties, and all counsel of record, as reflected on a certificate of service on file herewith.  Bletchley requests that said notice be deemed adequate and that no further notice be required.

**CONCLUSION**

WHEREFORE, Bletchley respectfully requests that the Court enter an order in the form

provided herewith in accordance with the foregoing recommendations and for such other and

further relief as is just.

Dated: September 14, 2017                     Respectfully submitted,

                                              **BLETCHLEY HOTEL AT O'HARE
                                              FIELD LLC**

                                              By:*/s/ James B. Sowka*
                                                  Gus A. Paloian (6188186)
                                                  James B. Sowka (6291998)
                                                  SEYFARTH SHAW LLP
                                                  233 South Wacker Drive, Suite 8000
                                                  Chicago, Illinois 60606
                                                  Telephone: (312) 460-5000
                                                  Facsimile: (312) 460-7000

                                                  *Counsel to Bletchley Hotel at O'Hare
                                                  Field LLC*

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned attorney hereby certifies that on September 14, 2017, he caused (1) the **Notice of Motion** and **Motion for Final Decree** to be served by CMECF notification or E-Mail as listed on the attached Service List, and (2) the **Notice of Motion** to be served on all creditors and interested parties in the case, as noted on the attached Service List.

Dated: September 14, 2017                    /s/James B. Sowka
                                     James B. Sowka

### SERVICE LIST
**River Road Hotel Partners, LLC, et al., Debtors.**
**Case No. 09-30029**

### Service Via Overnight Mail:

Patrick S. Layng
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Andrew J. Currie
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
ajcurrie@Venable.com

William J. Barrett
Barack Ferrazzano et al.
200 W. Madison St., Ste. 3900
Chicago, IL 60606-3465
william.barrett@bfkn.com

### Service U.S. Mail:

Amalgamated Bank
Attn: James T. Freel, Sr. V.P.
275 Seventh Ave.,
New York, NY 10001

FBR Capital Markets & Co.
J. Tara Holubar
Deputy General Counsel
Litigation & Human Resources
Legal Department
1300 N. 17th St., Ste. 1400 Arlington,
Virginia 22209

Patrick S. Layng
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Andrew J. Currie
Thomas E. Gilbertsen
Venable LLP
575 7th Street, NW
Washington, DC 20004
ajcurrie@Venable.com
tegilbertsen@Venable.com

William J. Barrett
Barack Ferrazzano et al.
200 W. Madison St., Ste 3900
Chicago, IL 60606-3465

American Building Services LLC
Nigro Westfall & Gryska
1793 Bloomingdale Road
Glendale Heights, IL 60139-2187

Barsanti Woodwork Corp
Barsanti Woodwork Corp
3838 51st Street
Chicago, IL 60632-3614

Brookwood Builders, Inc.
801 Circle Ave.
Forest Park, IL 60130-2015

Cook County Treasurer's Office
Legal Department
118 North Clark Street
Room 112
Chicago, IL 60602-1332

39526038v.2

Crane Construction Company LLC
343 Wainwright Drive
Suite B
Northbrook, IL 60062-1984

Englewood Electrical Supply Co. a division o
c/o Clark Hill PLC
150 N. Michigan Ave.
#2400
Chicago, IL 60601-3613

F.E. Moran, Inc.
2265 Carlson Drive
Northbrook, IL 60062-6797

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023-0028

Holiday Hospitality Franchising, Inc and Int
Alston & Bird LLp
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071-1410

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

International Decorators, Inc.
c/o Michelle G. Novick, Esq.
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

International Marble & Granite Supply, Inc.
3053 W. Grand
Chicago, IL 60622-4323

Kayman, Michael not individually but in his
c/o Reed Smith LLP
10 S. Wacker Drive
40th Flr.
Chicago, IL 60606-7506

Official committee of unsecured creditors
Reed Smith LLP
10 S. Wacker Drive
Chicago, IL 60606-7453

Oxford OBG - Waterton Skokie Hotel Property
350 West Hubbard St., Suite 440
Chicago, IL 60654-6900

Perkins Coie LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

RARE Hospitality, Inc.
c/o Coleman Law Firm (Steve Jakubowski)
77 West Wacker Drive
Suite 4800
Chicago, IL 60601-1664

River Road Expansion Mezz, LLC
1110 Jorie Blvd.
Third Floor
Oak Brook, IL 60523-2223

River Road Expansion Partners, LLC
1110 Jorie Blvd.
Third Floor
Oak Brook, IL 60523-2223

River Road Hotel Mezz, LLC
1110 Jorie Blvd.
Third Floor
Oak Brook, IL 60523-2223

39526038v.2

River Road Hotel Partners, LLC
1110 Jorie Blvd.
Suite 350
Oak Brook, IL 60523-2231

River Road Restaurant Pads, LLC
1110 Jorie Blvd.
Third Floor
Oak Brook, IL 60523-2223

U.S. Foodservice, Inc.
c/o Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1077

Walsh Landscape Construction, Inc.
Jennifer A. Nielsen
Lyman & Nielsen, LLC
1301 W 22nd Street, Suite 914
Oak Brook, IL 60523-2035

Waterton LV Skokie Hotel, LLC
30 S. Wacker Dr., Suite 3600
Chicago, IL 60606-7462

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

A. Barr Sales, Inc.
8130 W 47th St.
Lyons, IL 60534-1836

ABC Bartending School, Inc.
1699 Wall Street
Suite 102
Mt. Prospect, IL 60056-5762

River Road Restaurant Mezz, LLC
1110 Jorie Blvd.
Third Floor
Oak Brook, IL 60523-2223

Trans-Net, Inc.
Holland & Knight LLP
Attn: Robert J. Labate
131 S. Dearborn
30th Flr.
Chicago, IL 60603-5550

Walsh Construction Company
c/o William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081

Warren F. Thomas Plumbing Company
Jennifer A. Nielsen, Esq.
Lyman & Nielsen, LLC
1301 W. 22nd Street, Suite 914
Oak Brook, IL 60523-2035

William T. Connelly, Inc. d/b/a Connelly Ele
40 S. Addison Road
Suite 100
Addison, IL 60101-3881

21st Century Ventures
1000 CliftonBrook Lane
Silver Springs, MD 20905-3712

A.M. Kuechmann, Inc.
229 West County Line Road
Barrington Hills, IL 60010-4055

ACC Business
400 West Ave.
Rochester, NY 14611-2538

ACXIOM
12445 Collections Center Drive
Chicago, IL 60693-0124

ADA Travel Store
Attn: Kim Ashlock
763 West Terra Lane
O Fall, MO 63366-2432

ADE Restaurant Services, Inc.
471 S. Irmen Drive
Addison, IL 60101-4313

ADT Security Services Inc
14200 E Exposition Ave
Aurora, CO 80012-2540

ADT Security Systems Inc.
P.O. Box 371967
Pittsburgh, PA 15250-7967

AICCO, Inc.
1001 Winstead Drive
Cary, NC 27513-2133

AS Hospitality
3493 Lamar Ave
Memphis, TN 38118-1620

ASSA ABLOY Hospitality Inc.
P.O. Box 676947
Dallas, TX 75267-6694

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

AT&T Services, Inc
c/o James Grudus, Esc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2693

AVI Systems, Inc.
Attn: Michael Vergauwen, CFO
621 Busse Road
Bensenville, IL 60106-1318

AVI Systems, Inc.
David Meyers, Husch Blackwell
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551

Advanced Hood Cleaning
P.O. Box 965
Elgin, IL 60121-0965

Advanced Reservations Systems
3750 Convoy St.
Suite 312
San Diego, CA 92111-3741

Airport Accommodations
P.O. Box 7045
Rosemont, IL 60018

All Terrain, Inc.
2675 W. Grand Avenue
Chicago, IL 60612-1144

Alliance Planners, Inc.
P.O. Box 1088
Frederick, MD 21702-0088

Allied Waste Services #551
5050 W Lake St
Melrose Park, IL 60160-2767

Alpha Baking Company
36230 Treasury Center
Chicago, IL 60694-6200

Altour International
12100 W. Olympic Blvd.
#300
Los Angeles, CA 90064-1051

Amalgamated Bank
c/o Morrison & Foerster LLP
Attn Adam A Lewis Esq
425 Market St 32nd Flr
San Francisco, CA 94105-2467

Amalgamated Bank, as Trustee
1825 K Street, NW
Washington, DC 20006-1202

Amalgamated Bank, as Trustee
J. Rojas/Deutsch Levy & Engel Chtd
225 W. Washington St., 17th Floor
Chicago, IL 60606-2418

Amano McGann
405 N. Racine Avenue
Chicago, IL 60642-5839

Amano McGann Inc
651 Taft Street NE
Minneapolis, MN 55413-2814

Ambassadors
240 Peachtree Street
Suite 21-S-10
Atlanta, GA 30303-1340

American Bldg Svcs LLC
d/b/a M-D Building Material
953 Seton Court
Wheeling, IL 60090-5704

American Compressed Gases Inc.
City Carbonic Gas Division
9100 Plainfield Rd
Brookfield, IL 60513-2458

American Express Corporate Meeting Solut
3939 W Highland Blvd
Milwaukee, WI 53208-2816

American Express FC-W
Mail Code 51-01-02
20002 N. 19th Avenue
Phoenix, AZ 85027-4250

American Heart Association
National Center
7272 Greenville Ave.
Dallas, TX 75231-5129

American Heritage Life Insurance Co.
P.O. Box 650514
Dallas, TX 75265-0514

American Hotel Register
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, Maryland 21094-5126

American Pain Society
4700 W. Lake Society
Glenview, IL 60025

Anderson Lock
P.O. Box 2294
Des Plaines, IL 60017-2294

Anderson/Miller c/o Jason A. Roth
RothMelei
454 West Virginia Street
Crystal Lake, IL 60014-5966

Anderson/Miller, Ltd.
329 W. 18th Street
Chicago, IL 60616-1103

Andy's Rosemont Service Center Inc
9501 W Devon Ave Ste 800
Rosemont, Illinois 60018-4820

39526038v.2

Andy's Service Center, Inc.
9401 W. Higgins
Rosemont, IL 60018-4903

Annoyance Productions
4830 N Broadway
Chicago, IL 60640-3604

ARCHITECTURAL SEALANTS INC.
21200 S LA GRANGE RD
FRANKFORT IL 60423-2003

Astor Chocolate Corporation
651 New Hampshire Avenue
Lakewood, NJ 08701-5452

Audio Visual Services Group Inc
d/b/a PSAV Presentation Services
1700 E Golf Road
Schaumburg, IL 60173-5820

BBJ Linen
7855 Gross Point Road
Skokie, IL 60077-2646

Baltic Linen Company Inc
Teller Levit & Silvertrust PC
11 E. Adams Street, Suite 800
Chicago, IL 60603-6324

Baltic Linen Company, Inc.
1999 Marcus Ave. Suite 300
Lake Success, NY 11042-1020

Bare Associates International Inc.
3251 Old Lee Highway #203
Fairfax, VA 22030-1504

Barsanti Woodwork Corp
c/o L Judson Todhunter
200 S Michigan Ave Ste 1100
Chicago, IL 60604-2461

Big Creek Productions
4802 N. Broadway, Suite 202
Chicago, IL 60640-3622

Bill's Auto & Truck Repair
1216 Rand Road
Des Plaines, IL 60016-3403

BitterSweet
1114 W. Belmont
Chicago, IL 60657-5979

Bletchley Hotel at O'Hare Field LLC
c/o Edwards Wildman Palmer LLP
225 West Wacker Drive
Suite 3000
Chicago, Illinois 60606-3007

Bluebuzzard Technology
820 N. Dunton Avenue
Arlington Heights, IL 60004-5555

Boelter Contracting, LLC
Edward W. Pirok
Frank & Pirok, LTD
734 North Wells Street, Suite 200
Chicago, IL 60654-3521

Bright Electrical Supply Co
217 North Western Avenue
Chicago, IL 60612-2223

Brookwood Builders, Inc.
Chitkowski Law Offices
801 Warrenville Rd Ste 620
Lisle, IL 60532-4348

CDW Corporation
c/o RMS Bankruptcy Recovery Svcs
PO Box 5126
Timonium, Maryland 21094-5126

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

CIT Technology Financing Services, Inc.
WELTMAN, WEINBERG & REIS, CO.
175 S. THIRD ST., SUITE 900
COLUMBUS, OHIO 43215-5166

CIT Technology Financial Svcs, Inc.
21146 Network Place
Chicago, IL 60673-1211

Capital Tempfunds
P.O Box 60839
Charlotte, NC 28260-0839

Carlson Wagonlit Meetings and Event
701 Carlson Parkway
Hopkins, MN 55305-5237

Carlyn Electrical Construction Inc
c/o Dennis M Sbertoli
PO Box 1482
La Grange, IL 60526-9582

Chicago Chocolate Fountain, Inc.
212 Forest
Hill, IL 60162

Chicago Convention & Tourism Bureau
6050 Paysphere Circle
Chicago, IL 60674-0060

Chicago Gourmet Wholesale Bakery
795 Touhy Ave.
Elk Grove Village, IL 60007-4915

Chicago Office Technology Group
P.O. Box 5940
Lock Box #: 20-COE 001
Carol Stream, IL 60197-5940

Chicagoland Beverage Company
Attn Ted Rupp
2056 West Walnut Street
Chicago, IL 60612-2318

Chocolates a la Carte
P.O. Box 80026
City of Industry, CA 91716-8026

Cintas Corporation
1025 National Pkwy
Schaumburg, IL 60173-5620

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-9760

Circle Flooring c/o Bryan Webster
McDermott Will & Emery
227 W. Monroe Street
Chicago, IL 60606-5055

Circle Flooring, LLC
2521 Lively Blvd.
Elk Grove Village, IL 60007-6728

Classic Chair Covers
P.O. Box 1872
Bridgeview, IL 60455-0872

Classic Party Rentals
9480 W. 55th St.
McCook, IL 60525-3694

Classic Snacks, Inc.
1050 Atlantic Dr.
West Chicago, IL 60185-5101

Coca-Cola Bottling Company
Cicero Sales Center
2335 Paysphere Circle
Chicago, IL 60674-0023

Coca-Cola Enterprises Inc
521 Lake Kathy Drive
Brandon, FL 33510-3945

College of DuPage - Dist. # 502
Counties of DuPage, Cook & Will
425 Fawall Blvd
Glen Ellyn, IL 60137-6599

Comedysportz of Chicago, Inc
c/o Donner & Company Law Offices LLC
1125 Wheaton Oaks Court
Wheaton IL 60187-3057

CommonWealth Packaging Co.
5490 Linglestown
Harrisburg, PA 17112-9190

Commonwealth Edison Company
Attn: Bankruptcy Processing Section
3 Lincoln Centre - 4th Floor
Oakbrook Terrace, IL 60181-4204

Communicorp, Inc.
1001 Lockwood Ave.
Columbus, GA 31906-2414

Community Home Supply
3924 North Lincoln Ave.
Chicago, IL 60613-2418

Concordia Coffee System
1287 120th Avenue N.E
Bellevue, WA 98005-2121

Conference Direct
ACCT Receivables
P.O Box 66777
Los Angeles, CA 90066-0777

Conference Direct
N78 W14573 Appleton Avenue
Menomonee Falls, WI 53051-4382

Consolidated Repair Service, Inc.
50 Eisenhower Lane North
Lombard, IL 60148-5414

Constellation NewEnergy, Inc.
c/o D. Elaine Conway
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010-1900

Consumers Packing Company
1301 Carson Drive
Melrose Park, IL 60160-2970

Consumers Packing Company
6492 Eagle Way
Chicago, IL 60678-1064

Continental Electric Construction
Attn: Accounting
5900 W. Howard Street
Skokie, IL 60077-2685

Continental Electric Construction
c/o Jonathan P. Remijas
30 W. Monroe St., Suite 710
Chicago, IL 60603-2423

Corporate Express Inc.
P.O. Box 71217
Chicago, IL 60694-1217

Crane Construction Company, LLC
343 Wainwright Avenue
Northbrook, Illinois 60062-1984
Attn: Mr. Michael A. Podgorny, Sr.

Crawford (BR13) Supply Company
8073 Solutions Center
Chicago, IL 60677-8000

Crawford Supply Co
8150 Lehigh Ave
Morton Grove, IL 60053-2641

Creative Inks
261 N. York
Suite 201
Elmhurst, IL 60126-2757

Creative Inks Inc
255 N Michigan Ave
Elmhurst, IL 60126-2735

Crown Foods Service
13108 Blue Herin Cove
Plainfield, IL 60585-1208

Crown Global Investment
Avenue #31
3121 Maple Drive, Suite 223
Atlanta, GA 30305-2524

Culligan
P.O. Box 5277
Carol Stream, IL 60197-5277

Culligan International
9399 W Higgins
Suite 700
Rosemont, IL 60018-4931

Cvent
8180 Greensboro Dr., Suite 450
McLean, VA 22102-3856

Datamark
45 West 34th St Ste 407
NYC, NY 10001-3174

Daydots
1801 Riverbend West Dr.
Fort Worth, TX 76118-7031

Daydots
24198 Network Place
Chicago, IL 60673-1241

Decca Hospitality Furnishings LLC
c/o Robert A Cox Jr Esq
201 N Tryon St Suite 3000
Charlotte, NC 28202-2146

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Internal Revenue Service Centralized Insolvency
Operations
PO BOX 7346
PHILADELPHIA PA 19101-7346

39526038v.2

Doyle Signs Inc
232 Interstate Rd
Addison, IL 60101-4563

Drapes 4 Show, Inc.
12811 Foothill Blvd.
Sylmar, CA 91342-5316

Dunbar Armored
50 Schilling Road
Hunt Valley, MD 21031-1424

Dunbar Bankpak, Inc.
P.O. Box 333
Baltimore, MD 21203-0333

ECOLAB
P.O. Box 6007
Grand Forks, ND 58206-6007

ECOLAB Inc
655 Lone Oak Dr
Bldg A-1
Eagan, MN 55121-1649

ECOLAB Pest Elimination Division
P.O. Box 6007
Grand Forks, ND 58206-6007

EMC Meeting Solution
1997 Annapolis Exchange Parkway
ST 500
Annapolis, MD 21401-3271

ERC Wiping Products, Inc.
19 Bennett Street
Lynn, MA 01905-3001

EREF Mezzanine Fund, LLC
Neal, Gerber & Eisenberg LLP
Attn: William Choslovsky
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

EREF Mezzanine Fund, LLC
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Editions Limited
838 E. 65th St.
Indianapolis, IN 46220-1897

Edward Don & Co
Dennis E Quaid
Thompson Coburn LLP
55 E. Monroe St 37th Floor
Chicago, IL 60603-6029

Edward Don & Company
2500 S. Harlem Avenue
Riverside, IL 60546-1415

Englewood Electrical
Hannah Kaplan/Clark Hill PLC
150 N. Michigan, Suite 2400
Chicago, IL 60601-3613

Englewood Electrical Supply
399 S. Karlov Avenue
Chicago, IL 60632

Englewood Electrical Supply, a Division of W
c/o Clark Hill PLC
150 N. Michigan Ave., #2400
Chicago, IL 60601-3613

Equipment Dynamics, Inc.
Thomas F Brett, II
Ungaretti & Harris LLP
70 W Madison St Suite 3500
Chicago, IL 60602-4283

Equipment International, Ltd
8237 N. Kimball Ave.
Skokie, IL 60076-2917

European Imports Ltd.
2475 N. Elston Ave.
Chicago, IL 60647-2033

F.E. Moran, Inc.
Michelle G. Novick, Esq.
Arnstein & Lehr LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

F.E. Moran, Inc.
c/o Michelle G. Novick, Esq.
Arnstein & Lehr LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

FEDEX Customer Info Service
FedEx Express/FedEx Ground
Attn Revenue Recovery/Bankruptcy
3965 Airways Blvd Module G 3rd Fl
Memphis, TN 38116-5017

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

First Season, Inc.
Food & Beverage Distribution
2254 N. Elston Ave.
Chicago, IL 60614-2930

Five Star Laundry
1060 W Division
Chicago, IL 60642-4205

Food Evolution
4260 N. Old River Road
Schiller Park, IL 60176-1630

Gaylord India Restaurant
100 E. Walton Street
Chicago, IL 60611-1448

George Glove Co., Inc.
301 Greenwood Avenue
Midland Park, NJ 07432-1484

Global Travel
3633 BeechWood Ct.
Indianapolis, IN 46240

GoConcierge.net
Attn: Accounts Receivable
11828 La Grange Ave.
Los Angeles, CA 90025-5212

Gourmet Table Skirts
9415 W. Bellfort Ave.
Houston, TX 77031-2308

Gourmet Table Skirts
Henry Radoff, Attorney at Law
3730 Kirby Dr., Suite 777
Houston, TX 77098-3976

Gourmet Table Skirts
Henry V Radoff
PO Box 6536
Houston, TX 77265-6536

Grainger
Accounting Dept.
100 Grainger Pkwy.
Lake Forest, IL 60045-5202

Great Lakes Service
972 N. Dupage Ave.
Lombard, IL 60148-1244

Great Lakes Service & Consolidated Repair
52 Eisenhower Lane North
Lombard, IL 60148-5414

Guest Supply
P.O. Box 910
Monmouth Junction, NJ 08852-0910

H.E.R.E.I.U Welfare Fund
P.O Box 6557
Aurora, IL 60598-0557

HEREIU Welfare Fund
c/o Andrea Flaherty
711 N Commons Drive
Aurora, IL 60504-4197

HMA Design & Print Inc.
15043 Jones Ct.
Oak Forest, IL 60452-1440

HOMISCO
99 Washington St.
Melrose, MA 02176-6027

Health Communications Inc.
1101 Wilson Boulevard
Suite 1700
Arlington, VA 22209-2248

Helmsbriscoe
20875 N. 90th Place
Scottsdale, AZ 85255-9161

Heritage Food Service Equipment, Inc
Attn Brian Reed
P.O. Box 8710
Fort Wayne, IN 46898-8710

Highland Baking Co.
2301 Shermer Rd
Northbrook, IL 60062-6721

Hinton & Grusich
One E. Wacker Drive
Suite 2600
Chicago, IL 60601-1927

Hobart Service
ITW Food Equipment Group LLC
Attn Anita Clutter
701 S Ridge Ave
Troy, OH 45374-0001

Holian Asbestos Removal & Encap.
7504 Meyer Rd.
Spring Grove, IL 60081-9359

Holian Asbestos c/o Arthur Raphael
Teller Levit & Silvertrust
11 E. Adams St., Suite 800
Chicago, IL 60603-6324

Holiday Hospitality Franchising Inc
Jason H Watson Esq
Alston & Bird LLP
1201 W Peachtree Street
Atlanta, Georgia 30309-3424

Holiday Hospitality Franchising, Inc.
Leib M Lerner
333 S Hope St, 16th Fl
Los Angeles, CA 90071-1410

Hospitality Staffing Solutions
1640 Power Ferry Road
Building 3, Suite 200
Marietta, GA 30067-5491

Hotelplanner (lexyl Travel Tech)
8880 Rio San Diego Dr.
Suite 800
San Diego, CA 92108-1642

Hotwire
655 Montgomery St
#600
San Francisco, CA 94111-2627

Hudec Woodworking
c/o Mark W. Bina
Krieg DeVault LLP
30 N LaSalle St Suite 3516
Chicago, IL 60602-2502

Hudec Woodworking Co.
148 N. Ivanhoe Court
Griffith, IN 46319-3457

IL Environmental Protection Agency
IEPA,Division of Legal Counsel #21
1021 N Grand Ave E
Springfield, IL 62702-4059

Illinois Communication Sales, Inc.
300 North Ogden Avenue
Chicago, IL 60607-1114

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Illinois Hotel & Lodging Association
27 East Monroe
Suite 1200
Chicago, IL 60603-5672

Illinois Office of the State Fire Marsha
1035 Stevenson Drive
Springfield, IL 62703-4288

In-Room Plus Inc.
2495 Main Street
Suite 217
Buffalo, NY 14214-2154

InPro Corporation
PO Box 406
Muskego, WI 53150-0406

Innovative Events
23151 Plaza Pointe Drive
Suite 120
Laguna Hills, CA 92653-1471

InterContinental Hotels Group
Three Ravinia Drive, Suite 100
Atlanta, GA 30346-2121

39526038v.2

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, Illinois 60604-1705

Internat'l Marble c/o Ronald Rassin
Gordon & Rappold LLC
20 S. Clark St., Suite 2600
Chicago, IL 60603-1813

International Decorators
c/o Law Ofc of Donald C. Battaglia
3433 W. Sunset Ave.
Waukegan, IL 60087-3219

International Decorators, Inc.
1225 Karl Court
Wauconda, IL 60084-1098

International Decorators, Inc.
c/o Michelle G. Novick
Arnstein & Lehr, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

International Marble & Granite Supply Inc
Ronald R Rassin
Gordon Rappold & Miller LLC
20 S Clark St Ste 2600
Chicago, IL 60603-1813

InvoTech Systems, Inc.
16530 Ventura Blvd.
Suite 603
Encino, CA 91436-5017

Ivan Carlson & Associates, Inc.
2224 West Fulton
Chicago, IL 60612-2206

JDF Distribution Solutions, Inc.
450 Airline Drive
Coppell, TX 75019-4607

JDF Distribution Solutions, Inc.
c/o Richard P. Reichstein, Ltd.
221 N. LaSalle St., #1137
Chicago, IL 60601-1327

James D. Newbold, Asst. IL Atty Gen
Revenue Litigation Bureau
100 W. Randolph St., 13th Fl.
Chicago, IL 60601-3397

John Sutton Photography
8 Main Street
Box 194
Point San Quentin, CA 94964-0194

Journal & Topics Newspapers
622 Graceland Ave.
Des Plaines, IL 60016-4556

KDR Inc
dba Commercial Service Center
2801 W Touhy Ave Unit E
Elk Grove Village, IL 60007-5337

Kenyon Press
2850 Walnut Avenue
Signal Hill, CA 90755-1834

Konica Minolta Business Solutions
21146 Network Place
Chicago, IL 60673-1211

Krisam Group
2501 M Street, NW
Suite 515
Washington, DC 20037-1310

Kristil Brendar
2605 Badger Lane
Madison, WI 53713-2146

Lombard Architectural Precast Products Inc
Mr John Lombard
4245 W 123rd St
Alsip, IL 60803-1805

M Square Inc.
836 S. Tures Lane
Des Plaines, IL 60018-2068

MDC Wallcoverings (Div. EPKO Inc.)
1200 Arthur Ave.
Elk Grove Village, IL 60007-5706

MDC Wallcoverings (Div. EPKO Inc.)
Arthur Raphael, Teller Levit
11 E. Adams Street
Chicago, IL 60603-6301

Magnuson Industries, Inc.
P.O. Box 5444
Rockford, IL 61125-0444

Mahoney Environmental
Accounts Receivable
378458 Eagle Way
Chicago, IL 60678-1374

Majilite Corporation
1530 Broadway Road
Dracut, MA 01826-2830

Maritz Travel Company
1735 Market Street
4th Floor
Philadelphia, PA 19103-7531

Martin Supply Company Inc.
1942 Lehigh Avenue
Unit E
Glenview, IL 60026-1694

McCarty/Krieg
aka MKJ Advisors
c/o Gary S Weiss PC
30 N LaSalle St Ste 3924
Chicago, IL 60602-4538

McGuireWoods
Attn: Accounts Receivable
901 E. Cary Street
Richmond, VA 23219-4030

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Megaman America Inc
17800 Castleton St
#363
City of Industry, CA 91748-1787

Metaltek
2595 Bond Street
University Park, IL 60484-3103

Michael J. Eber
The Plitt Companies
1455 W. Willow St.
Chicago, IL 60642-1552

Micro Systems Inc
Attn Legal Dept
7031 Columbia Gateway Drive
Columbia, Maryland 21046-2583

39526038v.2

Micros System, Inc.
P.O. Box 23747
Baltimore, MD 21203-5747

Minding Your Business
900 N Franklin
Suite 850
Chicago, IL 60610-8102

Minibar North America, Inc.
c/o Gary S. Posner, Esq.
Whiteford Taylor Preston LLP
7 Saint Paul Street
Baltimore, MD 21202-1697

Minibar Systems LLC
7340 Westmore Rd.
Rockville, MD 20850-1260

Monastery Hill Bindery
1751 W Belmont Ave
Chicago, IL 60657-3019

Musicstyling.com limited
Ventura Way
Dunston Technology
Chesterfield, VA 23832-8163

NALCO COMPANY
Attn Chad Pechman
1601 W Diehl Rd
Naperville, IL 60563-1198

NHS
5215 Old Orchard Road
Suite 620
Chicago, IL 60077-1044

Nationwide Hospitality Inc.
Department 20-1047
P.O. Box 5940
Carol Stream, IL 60197-5940

Neofunds by Neopost
P.O. Box 31021
Tampa, FL 33631-3021

Neopost Inc.
P.O. Box 45800
San Francisco, CA 94145-0800

New Look Landscape
2432 Oak Street
Franklin Park, IL 60131-3421

Nicor Gas
PO Box 549
Aurora IL 60507-0549

Nilfisk Advance Inc
aka Alto US
14600 21st Ave N
Plymouth, MN 55447-4617

Oak Mill Bakery
2480 S Wolf Rd
Des Plaines, IL 60018-2604

OgilvyAction
P.O. Box 8500-1226
Philadelphia, PA 19178-1126

Orchard Village
7670 Marmora Manor
Skokie, IL 60077-2628

PSAV
Winston & Strawn LLP
Attn Matthew J Botica
35 W Wacker Dr
Chicago, IL 60601-1695

PSAV Presentation Services
1700 E. Golf Rd., Suite 400
Schaumburg, IL 60173-5820

Pacific Direct, Inc.
Attn: Accounts Receivable
10275 West Higgins Rd. #470
Rosemont, IL 60018-3886

Par Avion
6033 W. Century Blvd.
Los Angeles, CA 90045-6440

Parker Industrial Supply Inc.
4216 W Lawrence Ave
Chicago, IL 60630-2794

Pasta Factory
11225 W. Grand Ave.
Northlake, IL 60164-1036

Pepsi-Cola Gen. Bottling, Inc.
75 Remittance Drive
Suite 1884
Chicago, IL 60675-1884

Phillips Flowers & Gifts
524 N. Cass Avenue
Westmont, IL 60559-2288

Point B Communications
750 North Orleans
Suite 600
Chicago, IL 60654-5098

Power Distributing LLC
185 W Industrial Drive
Elmhurst, IL 60126-1601

Power Distributing LLC
24537 Network Place
Chicago, IL 60673-1245

Precast Services, Inc.
8200 Boyle Parkway
Twinsburg, OH 44087-2248

Precast Services, Inc.
Jennifer Nielsen/Lyman & Nielsen
1301 W. 22nd Street, Suite 914
Oak Brook, IL 60523-2035

Preferred Convention Services (PCS)
1900 E. Grand Avenue
Suite 150
El Segundo, CA 90245-5014

Prestige Resorts &Destination, Ltd.
700 East Lake Street
2nd Floor
Wayzata, MN 55391-1713

Private Spring Water
13240 Ilagas Ave
San Martin, CA 95046-9562

ProgramOne
960 Rand Rd., Suite 102
Des Plaines, IL 60016-2300

39526038v.2

Protravel In Brentwood
11661 San Vicente Blvd.
Suite 1010
Los Angeles, CA 90049-5129

RARE Hospitality Management, Inc.
c/o Steve Jakubowski, Esq.
The Coleman Law Firm
77 West Wacker Dr., Ste 4800
Chicago, IL 60601-1664

RKC Cleaner I Corp.
4071 S. Rt.59
Naperville, IL 60564-5802

RKD Construction Supp. & Equip.
11633 West Grand Ave.
Northlake, IL 60164-1302

RT Wholesale LLC
dba Food Evolution
4260 N Old River Rd
Schiller Park, IL 60176-1630

Road Rebel Entertainment Touring
1747 Hancock Street
Suite A
San Diego, CA 92101-1130

Rosemont Masonry Corporation
c/o Robert Degen
9575 W Higgins Ste 902
Chicago, IL 60018-4919

Royal Travel
602 Wayside Drive
Wimberley, TX 78676-0206

SafeGuard Self Storage
2020 S. Mannheim Road
Des Plaines, IL 60018-2909

Saflok
31750 Sherman Ave.
Madison Heights, MI 48071-1423

Saflok
PO Box 890247
Charlotte, NC 28289-0247

Santa Barbara Travel
1127 Coast Village Road
Santa Barbara, CA 93108-2716

Schain, Burney, Ross & Citron, Ltd.
222 North LaSalle Street
Suite 1910
Chicago, IL 60601-1102

Shared Technologies
Department #145
P.O Box 4869
Houston, TX 77210-4869

Shared Technologies
Legal Department
1200 Harger Road, Suite 211
Oak Brook, IL 60523-1816

ShowerWorks, Inc.
4835 W Grand
Chicago, IL 60639-4507

Siemens Building Technologies, Inc.
7850 Collections Center Drive
Chicago, IL 60693-0078

Signs Now
18 W 333 Roosevelt Rd
Lombard, IL 60148-4180

Simply Venues
358 W Army Trail
Suite 140-247
Bloomingdale, IL 60108-5605

Six Continents Hotels Inc.
11580 Great Oak Way
Alpharetta, GA 30022-2424

Skypad, Inc.
183 Bathurst St. #200
Toronto, ON M5T 2R7
CANADA

Skypad, Inc.
P. Cullotta, Teller Levit
11 E. Adams Street
Chicago, IL 60603-6301

Southern Wine and Spirits
300 E Crossroads Parkway
Bolingbrook, IL 60440-3516

Special Food Service, Inc.
2322 W. Erie
Chicago, IL 60612-1250

Sprint Nextel Correspondence
Attn: Bankruptcy Dept
Po Box 7949
Overland Park KS 66207-0949

Staples Advantage
P.O. Box 71217
Chicago, IL 60694-1217

Staples Inc
Attn Bryan Mannlein
555 W 112th Ave
Northglenn, CO 80234-3022

Storm Industries Inc.
23223 Normandie Ave.
Torrance, CA 90501-5050

Suitelinq Inc
118 Pickering Way
Suite 101
Exton, PA 19341-1325

Sunshine Meetings & Events
P.O. Box 460760
Aurora, CO 80046-0760

Supreme Waffles
P.O. Box 455
Lisle, IL 60532-0455

Sysix Financial, LLC
Attn: Ned Covic
948 Springer Drive
Lombard, IL 60148-6415

System Parking Inc.
111 E Wacker Drive
Suite 1407
Chicago, IL 60601-4501

T&W Edmier Corp
249 West Lake Street
Elmhurst, IL 60126-1506

TAMCO Capital Corporation
c/o Wells Fargo Leasing, Inc.
2012 Corporate Lane, Suite 180
Naperville, IL 60563-9663

TCF Equipment Finance Inc
11100 Wayzata Blvd
Suite 801
Minnetonka, Minnesota 55305-5503

39526038v.2

TIG Global LLC
5550 Friendship Blvd., Suite T100
Chevy Chase, MD 20815-7228

TNCI, Inc
2 Charlesgate West
Boston, MA 02215-3540

Tactical Advantage Group
7 Century Drive
Suite 105
Parsippany, NJ 07054-4609

T
ea Forte
23 Bradford St.
Concord, MA 01742-2971

Terry s Toffee
1117 W Grand Avenue
Chicago, IL 60642-5803

Testa Produce, Inc.
c/o Adelman Law Offices PC
1901 N Roselle Rd Suite 800
Schaumburg, IL 60195-3186

The Cawley Company
1544 North Eighth St.
P.O. Box 2110
Manitowoc, WI 54221-2110

The Great American Bagel
4634 N. Cumberland Ave.
Chicago, IL 60656-4237

The Harp Group
1110 Jorie Blvd., Third Floor
Oak Brook, IL 60523-2223

The Knowland Group
P.O. Box 476
Lewes, DE 19958-0476

The Kosher Gourmet
3552 W Dempster St.
Skokie, IL 60076-2361

The Meeting Company
PO Box 80003
Chattanooga, TN 37414-7003

The Plitt Company
Department 20-1108
P.O. Box 5940
Carol Stream, IL 60197-5940

The Rubicon Group, Inc.
Attn Mike Halloran
101 Marietta Street
Suite 3525
Atlanta, GA 30303-2744

Thermodyne Mechanical Services
2283 Carlson Drive
Northbrook, IL 60062-6705

Titan Steel Services, Inc.
PO Box 1299
McHenry, IL 60051-9021

Torn Ranch, Inc.
23-B Pimentel Court
Novato, CA 94949-5661

Town & Country Distributors Inc.
Attn: Diane Sowa
1050 West Ardmore Ave.
Itasca, IL 60143-1304

TradeFair Group
11000
Houston, TX 77042

Trans-Net, Inc.
710 NW Juniper St., Suite 100
Issaquah, WA 98027-2717

Trans-Net, Inc.
Malcolm Brooks, Holland & Knight
131 S. Dearborn St., 30th Floor
Chicago, IL 60603-5517

Travel & Entertainment
600 Allied Way
El Segundo, CA 90245-4727

Travel Planners Inc.
381 Park Avenue S.
3rd Floor
New York, NY 10016-8813

Travelclick, Inc.
2193 Paysphere Circle
Chicago, IL 60674-0021

Tribune Interactive
14891 Collections Center Drive
Chicago, IL 60693-0148

Tritz Beverage Systems Inc.
P.O Box 754
Grayslake, IL 60030-0754

U.S. Foodservice, Inc
Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road,
2nd Fl North
Milwaukee, WI 53212-1077

U.S. Foodservice, Inc.
15155 Northam Street
La Mirada, CA 90638-5754

U.S. Foodservice, Inc.
800 Supreme Drive
Bensenville, IL 60106-1889

ULINE
Attn: Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085-8311

UPS
PO Box 7247
Philadelphia, PA 19170-0001

USA Today
305 Seaboard Lane
Ste 301
Franklin, TN 37067-8288

Ulster Carpet Mills (North America)
81 Whitlock Avenue
Marietta, GA 30064-2344

United Maintenance Company, Inc.
1550 S. Indiana Ave., Suite 300
Chicago, IL 60605-4831

United Parcel Service
c/o RMS Bankruptcy Services
Pob 4396
Timonium MD 21094-4396

United Security Service, Inc.
1550 S. Indiana Ave., Suite 300
Chicago, IL 60605-4831

39526038v.2

United States Fire Protection, Inc.
28427 North Ballard
Unit H
Lake Forest, IL 60045-4542

VMS, Inc.
8425 Woodfield Crossing Blvd.
Suite 350
Indianapolis, IN 46240-0058

VOA Associates Incorporated
c/o Michael A. Toolis
224 S. Michigan Ave.
Suite 1400
Chicago, IL 60604-2590

Van-Lang Enterprises Inc
5227 Dansher Road
Countryside, IL 60525-3123

Van-Lang Foods
5227 Dansher Road
Countryside, IL 60525-3123

Village of Rosemont
9501 W. Devon Ave.
Rosemont, IL 60018-4802

Visa U.S.A Inc.
P.O. Box 8999
San Francisco, CA 94128-8999

W.W. Grainger Inc
7300 N Melvina Ave
M240
Niles, IL 60714-3998

Walsh Construction Company
Attn: Gary J. Lemna
929 W. Adams Street
Chicago, IL 60607-3021

Walsh Construction Company
c/o John E. Sebastian, Esq.
Hinshaw & Culbertson LLP
222 N. LaSalle Street - Suite 300
Chicago, Illinois 60601-1081

Walsh Landscape Construction
1050 W. Lily Cache Lane
Bolingbrook, IL 60440-3121

Warren F. Thomas Plumbing Co.
33 W. 63rd Street
Westmont, IL 60559-3179

Warren F. Thomas Plumbing Company
c/o Jennifer A. Nielsen
Lyman & Nielsen, LLC
1301 W 22nd Street, Suite 914
Oak Brook, IL 60523-2035

Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL 60197-6434

Western Pacific Distributors Inc
1739 Sabre Street
Hayward, CA 94545-1015

White Conveyors
10 Boright Ave
Kenilworth, NJ 07033-1015

William D. Lyman
Lyman & Nielsen LLC
1301 W. 22nd Street, Suite 914
Oak Brook, IL 60523-2035

William T. Connelly, Inc. d/b/a Connelly Ele
c/o Goldstine, Skrodzki, Russian, Nemec
835 McClintock Drive, 2nd Floor
Burr Ridge, IL 60527-0859

Windy City Deli Provision
P.O. Box 5712
Evanston, IL 60204-5712

Wirtz Beverage Illinois
P.O. Box 809180
Chicago, IL 60680-9180

Wirtz Beverage Illinois LLC
1925 Busse Road
Elk Grove Village, IL 60007-5721

Wyndham Jade Party
P.O. Box 866487
Plano, TX 75086-6487

Zaneen Group Inc.
30 Tycos Drive
Toronto, ON M6B 1V9
CANADA

Zapwater Communications
1165 N. Clark Street
Suite 313
Chicago, IL 60610-7862

Brian A. Audette
Perkins Coie LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603-5559

David M Neff
Perkins Coie LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603-5559

Eric E. Walker
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Dept. of Treasury - IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St.
Level 7-400
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL 60601

Sprint Nextel Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Sprint
P.O. Box 4181
Carol Stream, IL 60197

Architectural Sealants Inc.
342 N. LaGrange Rd.
Frankfort, IL 60423

39526038v.2

Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

### Service via CM/ECF:

| | |
|---|---|
| **R. Scott Alsterda** | rsalsterda@nixonpeabody.com |
| **Jeffrey E. Altshul** | jaltshul@ginsbergjacobs.com |
| **Brian A. Audette** | baudette@perkinscoie.com, nsaldinger@perkinscoie.com; docketchi@perkinscoie.com |
| **William J. Barrett** | william.barrett@bfkn.com, mark.mackowiak@bfkn.com |
| **Mark W. Bina** | mark.bina@quarles.com |
| **Stephen T. Bobo** | sbobo@reedsmith.com |
| **Matthew J. Botica** | mbotica@winston.com, neverett@winston.com |
| **Ashley W. Brandt** | abrandt@freeborn.com, jtovarrisley@freeborn.com; bkdocketing@freeborn.com |
| **Ann M. Bredin** | abredin@mpslaw.com,  dnichols@mpslaw.com |
| **Jeffrey Chang** | jchang@changlawpllc.com |
| **Aaron B. Chapin** | achapin@reedsmith.com |
| **John J. Chitkowski** | jjc@chitkowskilaw.com, jennifer@chitkowskilaw.com |
| **William J. Choslovsky** | wchoslovsky@ngelaw.com, ecfdocket@ngelaw.com |
| **Nathan F. Coco** | ncoco@mwe.com |
| **William J. Connelly** | wconnelly@hinshawlaw.com |
| **Christopher Dean** | cdean@novackmacey.com |
| **Faith Dolgin** | faith.dolgin@illinois.gov |
| **Brian M. Dougherty** | bmd@gsrnh.com, kam@gsrnh.com |
| **Yeny C. Estrada** | yestrada@edwardswildman.com, kconnor@edwardswildman.com; ECFFilings@edwardswildman.com |
| **Jonathan P. Friedland** | jfriedland@lplegal.com, jthompson@lplegal.com |
| **Louis J. Gale** | gale@wbs-law.com, mosquera@wbs-law.com; KMorrissey@lewis-kappes.com) |
| **Jeremy M. Guth** | jguth@kmksc.com |
| **Robert J. Henry** | rhenry@scopelitis.com, wdbrejcha@scopelitis.com; mweiland@scopelitis.com; Leib.Lerner@alston.com; Melanie.Ezerzer@alston.com |
| **Steve Jakubowski** | sjakubowski@rsplaw.com, docketing@rsplaw.com |
| **Julie A. Johnston-Ahlen** | jjohnston-ahlen@novackandmacey.com, mbianchi@novackmacey.com |
| **Myja K. Kjaer** | mkjaer@winston.com, ECF_Bank@winston.com |
| **Robert J. Labate** | robert.labate@hklaw.com |
| **Patrick S. Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Leib M. Lerner** | leib.lerner@alston.com |
| **Thomas M. Lombardo** | tlombardo@dimontelaw.com |
| **Heather Maly** | hlmaly@venable.com |
| **Adam M. Mergenthaler** | adam_merg@yahoo.com |
| **Kevin H. Morse** | khmorse@arnstein.com |
| **John S. Mrowiec** | jsm@cmcontractors.com |
| **Paul T. Musser** | paul.musser@kattenlaw.com |
| **David M. Neff** | dneff@perkinscoie.com, nsaldinger@perkinscoie.com |
| **Erik Nelson** | ern@cmcontractors.com |

| Jennifer A Nielsen | jnielsen@lymannielsen.com, rhiss@lymannielsen.com; njohnson@lymannielsen.com; dbutusov@lymannielsen.com |
|---|---|
| Michelle G. Novick | mgnovick@arnstein.com, lcsolomon@arnstein.com |
| Christopher Parker | crparker@michaelbest.com |
| Ann E. Pille | ann.pille@dlapiper.com, apille@reedsmith.com |
| Edward Pirok | epirok@frank-pirok.com |
| Dennis E. Quaid | dquaid@tcfhlaw.com |
| Ronald R. Rassin | rrr@gordonrappold.com |
| Richard P. Reichstein | rprlaw@legaleagle.com |
| Jennifer Rojas | rojas@dlec.com, stein@dlec.com |
| Jeffrey B. Rose | rose@tishlerandwald.com, bmurzanski@tishlerandwald.com |
| Patrick F. Ross | pfross@uhlaw.com, kburde@uhlaw.com; rjanczak@uhlaw.com; sbmiller@uhlaw.com; jtruskusky@uhlaw.com |
| Carrie C. Ruzicka | ccruzicka@michaelbest.com, lmarshall@pilgrimchristakis.com |
| Marilyn F. Schlesinger | marilyn.schlesinger@cookcountyil.gov |
| Peter A. Siddiqui | peter.siddiqui@kattenlaw.com |
| John P. Sieger | john.sieger@kattenlaw.com |
| Fuad R. Sulayman | fsulayman@clarkhill.com |
| Donald A. Tarkington | dat@novackandmacey.com |
| L. Judson Todhunter | JTodhunter@howardandhoward.com |
| David P. Vallas | dvallas@polsinelli.com |
| Bruce L. Wald | bwald@tishlerandwald.com |
| Eric E. Walker | ewalker@perkinscoie.com, nsaldinger@perkinscoie.com |
| Gretchen Wehrenberg Stewart | stewart@pacaenforcer.com |
| Craig C Westfall | craig@nigrowestfall.com, ann@nigrowestfall.com |
| Samuel C. Wisotzkey | swisotzkey@kmksc.com, kmksc@kmksc.com |
| Andrew L. Wool | wool@chapman.com |