## U.S. TRUSTEE QUARTERLY FEE STATEMENT
### Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: River Road Hotel Partners, LLC    CASE NO.: 09-30029

FOR CALENDAR QUARTER ENDING September 30, 2017

DISBURSEMENTS*

1.

| MONTH | DISBURSEMENTS |
|---|---|
| July, 2017 | $0.00 |
| August, 2017 | $0.00 |
| September, 2017 | $0.00 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 0.00 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)    $325.00

3. QUARTERLY FEE PAID (Attach proof of payment)    $325.00

4. AMOUNT OF UNPAID FEES (IF ANY)    $0.00

I, Michael Kayman acting as the Liquidating Trustee for the estate of River Road Hotel Partners, LLC declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in the U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 9/27/17

/s/ [signature]

For the Estate (Liquidating Trustee)

(Print or type name and capacity of person signing this Declaration).

Michael Kayman

Liquidating Trustee for Creditors Trust

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.