UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-30029 |
| RIVER ROAD HOTEL PARTNERS, LLC, | ) | |
| et al., | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING FINAL DECREE AND CLOSING BANKRUPTCY CASE

This matter coming before the Court on the motion (the "Motion") of Bletchley Hotel at O'Hare Field, LLC ("Bletchley") for Final Decree and to Close Bankruptcy Case of River Road Hotel Partners, LLC (the "Case") for entry of an order authorizing that the Case be closed; it appearing to the Court that notice of this Motion has been provided to the United States Trustee and to the parties on the service list attached to the Motion, and that such notice is sufficient and no further notice is necessary or required; and the Court being satisfied based on the representations made in the Motion; and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein; and

2. The above-captioned chapter 11 case is closed.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 28, 2017

**Prepared by:**

James B. Sowka (6291998)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
Facsimile: (312) 460-7000
jsowka@seyfarth.com